**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Eryk R. Escobar, Bar No. 281904
Assistant United States Trustee
Brian Fittipaldi, Bar No. 146864
Attorney for the United States Trustee
**OFFICE OF THE UNITED STATES TRUSTEE**
1415 State Street, Ste. 148
Santa Barbara, CA 93101
Telephone: (805) 957-4100; Facsimile (805) 957-4103
Email: brian.fittipaldi@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re | Case No. 9:23-bk-10454-RC |
| **GLOBAL PREMIER REGENCY PALMS, PALMDALE, L.P.,** | Chapter 11 |
| Debtor. | **UNITED STATES TRUSTEE'S NOTICE OF MOTION AND MOTION UNDER 11 U.S.C. § 1112(b) TO DISMISS OR, IN THE ALTERNATIVE, TO CONVERT CASE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MARIA D. MARQUEZ IN SUPPORT THEREOF** |
| | Hearing Date:    May 20, 2025<br>Time:    1:00 p.m.<br>Place:    Courtroom 201<br>1415 State Street<br>Santa Barbara, CA 93101 |

    TO THE HONORABLE RONALD A. CLIFFORD, III, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, DEBTOR, AND ALL PARTIES IN INTEREST:

    PLEASE TAKE NOTICE THAT, on May 20, 2025, at 1:00 p.m., or as soon thereafter as the matter may be heard, the United States Trustee for Region 16 (the "U.S. Trustee"), through the undersigned attorney, will and hereby does move this Court to enter an order dismissing this case

or, in the alternative, converting this case to chapter 7, for cause pursuant to 11 U.S.C. § 1112(b) and for such other relief as may be appropriate on the grounds set forth below.

Local Bankruptcy Rule 9013-1(f) requires that any opposition or response to this motion be stated in writing, filed with the Clerk of the Court and served upon the U.S. Trustee at the address set forth in the upper left-hand corner of this document, upon the chapter 11 trustee and his or her attorney if a trustee has been appointed, and upon the debtor and the debtor's attorney no less than fourteen (14) days prior to the above hearing date.  The court may treat failure to file a written response to this motion within the required time period as consent to the motion.

Notwithstanding any language in the Notice advising or suggesting that the hearing will be held physically in one of the Court's courtrooms, please be advised that due to the COVID-19 pandemic, the Court will conduct the hearing remotely, using ZoomGov audio and video technology. Individuals will not be permitted access to the courtroom.  Information on how to participate in the hearing remotely using ZoomGov is provided below.

1.      Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

2.      Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).  The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet.  Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

3.      Individuals also may connect to the hearing by telephone only, using the telephone number provided below.  Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

4.      Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

5.      The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

6.      All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

7.      The following is the unique ZoomGov connection information for the above-referenced hearing:

Video/Audio Connection Details:

See court's Tentative Rulings one week prior to the hearing available here:

https://www.cacb.uscourts.gov/judges/honorable-ronald-clifford-iii


Telephone Connection Details:

See court's Tentative Rulings one week prior to the hearing available here:

https://www.cacb.uscourts.gov/judges/honorable-ronald-clifford-iii


8.      More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address:  https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-participants.

Dated: April 16, 2025

Respectfully submitted,
PETER C. ANDERSON
UNITED STATES TRUSTEE

/s/ Brian Fittipaldi
Brian Fittipaldi
Attorney for the United States Trustee

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    INTRODUCTION

The United States Trustee for Region 16 (the "U.S. Trustee") alleges that cause exists for dismissal of the instant case pursuant to 11 U.S.C. § 1112(b)(4)(C), (F), and (H) because the debtor has failed to provide sufficient evidence of insurance and of requires licenses.[1]  Thus, dismissal of the case for cause is warranted under § 1112(b)(4)(C), (F), and (H).

### II.    JURISDICTION AND STANDING

This Court has jurisdiction of this matter under 28 U.S.C. § 1334(a) and (b), 28 U.S.C. § 157(a) and (b)(1) and 28 U.S.C. § 151.  This is a core proceeding under 28 U.S.C. § 157 (b)(2)(A) and (B).  This motion is filed pursuant to § 1112(b).

### III.    STATEMENT OF FACTS

1.    On June 2, 2023, Global Premier Regency Palms Palmdale, (the "Debtor") filed a voluntary chapter 11 petition.  Declaration of Maria D. Marquez, Exhibit A (copy of case docket).

2.    The Debtor's schedules list the following asset and business interest:

- Commercial property located at 38722 Orchid View Place, Palmdale, California, 93550, with a fair market value of $30,400,000.00; and

- 100 percent business interest in Global Regency Palmdale Senior Care Services, LLC, a California limited liability company, a subsidiary of the Debtor, an assisted living/memory care facility located at 38722 Orchid View Place, Palmdale, California, 93550.

3.    The Debtor remains the debtor-in-possession and therefore is required to comply with the United States Trustee Guidelines which impose certain duties, responsibilities, and reporting requirements on the Debtor.

---

[1] Unless otherwise indicated, all chapter, section, and rule references are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532, and to the Federal Rules of Bankruptcy Procedure, Rules 1001-9037.

4. Although the U.S. Trustee has emailed Debtor's counsel about the lack of compliance with the United States Trustee Guidelines and/or Local Bankruptcy Rules, to date the Debtor still has not submitted the following documents and reports:

- Proof of renewed **commercial general liability insurance** that expired on March 7, 2025, with proof that the Debtor is listed as the **insured party** and evidence that the Office of the U.S. Trustee has been added to receive notice regarding each insurance policy;

- Proof of renewed **property insurance** that expired on March 7, 2025, with proof that the Debtor is listed as the **insured party** and evidence that the Office of the U.S. Trustee has been added to receive notice regarding each insurance policy; and

- Proof of required licenses, including a copy of the Debtor's business license. Marquez Dec. ¶5.

5. By the time of the hearing on this motion, the Monthly Operating Report for March 2025, will be due. *Id.* If the hearing on this motion is continued, additional reports may be due. *Id.*

6. If this case is dismissed or converted at the hearing on this motion, U.S. Trustee quarterly fees also will be due in the minimum amount of $250.00 for the current quarter. *Id.* If the hearing on this motion is continued, additional fees may be assessed. Marquez Dec. ¶8.

## III.   <u>LEGAL ARGUMENT</u>

Dismissal or conversion of a chapter 11 case is governed by § 1112(b), which provides, in pertinent part: ". . . on request of a party in interest or the United States trustee . . . and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 of this title or may dismiss a case under this chapter, whichever is in the best interest of creditors and the estate, for cause. . . ." 11 U.S.C. § 1112(b)(1).

Congress granted bankruptcy courts broad discretion to convert or dismiss a chapter 11 bankruptcy case for "cause" under § 1112(b). *See, e.g., Consol. Pioneer Mortgage Entities v. U.S. Trustee (In re Consol. Pioneer Mortgage Entities)*, 264 F.3d 803, 806-07 (9th Cir. 2001) (decision to convert a case to chapter 7 is within bankruptcy court's discretion); *Loop Corp. v. U.S. Trustee*, 379 F.3d 511, 515 (8th Cir. 2004) (bankruptcy court has broad discretion in deciding to dismiss or convert

chapter 11 case). Section 1112(b)(4) provides a non-exhaustive list of what may constitute "cause" for dismissal or conversion, including –

> (A) substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation; (B) gross mismanagement of the estate; (C) failure to maintain appropriate insurance that poses a risk to the estate or to the public; (D) unauthorized use of cash collateral substantially harmful to 1 or more creditors; (E) failure to comply with an order of the court; (F) unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter; (G) failure to attend the meeting of creditors convened under section 341(a) or an examination ordered under section 2004 of the Federal Rules of Bankruptcy Procedure without good cause shown by the debtor; (H) failure timely to provide information or attend meetings reasonably requested by the United States Trustee (or the bankruptcy administrator, if any); (I) failure timely to pay taxes owed after the date of the order for relief or to file tax returns due after the date of the order for relief; (J) failure to file a disclosure statement, or to file or confirm a plan, within the time fixed by this title or by order of the court; (K) failure to pay any fees or charges required under chapter 123 of title 28; (L) revocation of an order of confirmation under section 1144 of this title; (M) inability to effectuate substantial consummation of a confirmed plan; (N) material default by the debtor with respect to a confirmed plan; (O) termination of a confirmed plan by reason of the occurrence of a condition specified in the plan; and (P) failure of the debtor to pay any domestic support obligation that first becomes payable after the date of the filing of the petition.

11 U.S.C. § 1112(b)(4). Once cause for relief under § 1112(b) is established, the court is required to grant relief. *See, e.g., In re Products Intern Co.*, 395 B.R. 101, 107 (Bankr. D. Ariz. 2008) (discussing 2005 amendment to § 1112 changing "may" to "shall").

    *A. Cause Exists to Dismiss or Convert the Case Based on Debtor's Failure to Comply with the United States Trustee's Guidelines under § 1112(b)(4)(F) and (H)*

    Section 1112(b)(4)(F) and (H), respectively, provide that the court shall dismiss or convert a case for cause based on the debtor's "unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter" and/or the debtor's "failure timely to provide information or attend meetings reasonably requested by the United States Trustee[.]" Local Bankruptcy Rule 2015-2(a) provides that timely compliance with the reasonable requirements of the U.S. Trustee is mandatory. Thus, a debtor's failure to comply with the reporting requirements of the U.S. Trustee and the Local Bankruptcy Rules is cause to dismiss this chapter 11 case or convert it to one under chapter 7, pursuant to 11 U.S.C. § 1112(b)(1)

1   and (b)(4)(F) and (H).  *See also In re 3868-70 White Plains Road Inc.*, 28 B.R. 515 (Bankr. S.D.N.Y.

2   1983); *In re Bianco*, 5 B.R. 466 (Bank.  D. Mass.1980); *In re Pappas*, 17 B.R. 662 (Bankr. D. Mass.

3   1982).

4           The United States Trustee Guidelines and Requirements for Chapter 11 Debtors In

5   Possession impose certain duties, responsibilities, and reporting requirements on a debtor in

6   possession.  One of the requirements is that the debtor electronically submit within seven days of

7   the petition date, the case is converted, or an order for relief is entered, various documents relating

8   to the debtor's real property, prepetition bank accounts, debtor-in-possession bank accounts,

9   insurance coverage, certificates and licenses, projected cash flow statement, statement of major

10  issues and timetable report, employee benefit plan questionnaire, declaration regarding compliance

11  with the Guidelines, tax returns, proof of recording of the chapter 11 petition, list of insiders, pre-

12  petition financial statements, and domestic support obligations (collectively, the "7 Day Package").

13  U.S. Trustee Program – Region 16, Guidelines and Requirements for Chapter 11 Debtors In

14  Possession, Section III *available at* https://www.justice.gov/ust-regions-r16/region-16-general-

15  information (last visited May 4, 2023).

16          Here, the Debtor has failed to comply with the reporting requirements of the U.S. Trustee by

17  failing to submit proof of renewed insurance and the required license(s), despite being given notice

18  of the missing documents.  Specifically, to date the Debtor has not provided:

19          -       Proof of renewed **commercial general liability insurance** coverage that expired on

20                  March 7, 2025, with proof that the Debtor is listed as the **insured party** and proof

21                  that the U.S. Trustee has been added to receive notice regarding each insurance

22                  policy;

23          -       Proof of renewed **property insurance** coverage for property located at 38722 Orchid

24                  View Place in Palmdale, California, that expired on March 7, 2025, with proof that

25                  the Debtor is listed as the **insured party** and proof that the U.S. Trustee

26                  has been added to receive notice regarding each insurance policy; and

27          -       Proof of required licenses, including a copy of the Debtor's business

28                  license.   Marquez, Dec. ¶ 5.

*B.  Cause Exists to Dismiss or Convert the Case Based on the Debtor's Failure to Provide Proof of Adequate Insurance under § 1112(b)(4)(C)*

Section 1112(b)(4)(C) provides that the court shall dismiss or convert a case for cause based on the debtor's "failure to maintain appropriate insurance that poses a risk to the estate or to the public."  Here, the Debtor's insurance for the following policies have **expired**:

- Commercial general liability insurance (policy ending in 0261) that expired on March 7, 2025;

- Property insurance, policy ending 4235 (policy ending in 0599) that expired on March 7, 2025.   Marquez Dec. ¶6.

On March 7, 2025, the U.S. Trustee reached out to the Debtor requesting evidence of renewal for the lapsed insurance policies and requested evidence that all insurance policies list the Debtor as the insured party.  To date, the Debtor has not provided any of the insurance policies requested by the U.S. Trustee.  Marquez Dec. ¶4.

*C.  There Do Not Appear to be Any Unusual Circumstances*

When a court determines cause exists to convert or dismiss it must also identify whether there are unusual circumstances that establish that dismissal or conversion is not in the best interests of creditors and the estate.  *See In re Sullivan*, 522 B.R. 604, 612 (9th Cir. BAP 2014).  In this case, there appear to be no unusual circumstances that establish that dismissal or conversion is not in the best interests of creditors and the estate.

## IV.  <u>CONCLUSION</u>

Based on the foregoing, the United States Trustee respectfully requests that the Court dismiss this case pursuant to § 1112(b)(4)(C), (F), and (H).  In the alternative, if the Court determines that dismissal is not appropriate, the U.S. Trustee requests that this case be converted to Chapter 7.

Dated: April 16, 2025

Respectfully submitted,
PETER C. ANDERSON
UNITED STATES TRUSTEE


 /s/ Brian Fittipaldi
Brian Fittipaldi
Attorney for the United States Trustee

8

## DECLARATION OF MARIA D. MARQUEZ

I, Maria D. Marquez, declare,

1.     I am a Bankruptcy Analyst with the Woodland Hills, California office of the United States Trustee and am the Analyst assigned to this bankruptcy case.  I am over the age of eighteen and I have personal knowledge of the facts set forth herein. On behalf of the U.S. Trustee, and in the course and scope of my regular duties, I have reviewed the case docket and the filings therein, including the Debtor's petition and schedules filed with the Court.

2.     Attached hereto as **Exhibit A** is a true copy of the court's electronic docket which I printed from the electric case files of the U.S. Bankruptcy Court for the Central District of California.

3.     Attached hereto as **Exhibit B** is a true and correct copy of the petition, including Schedule A/B, filed in this case on June 16, 2023, which I printed from the electronic case files of the U.S. Bankruptcy Court for the Central District of California.

4.     On March 7, 2025, I sent an e-mail to Debtor's counsel requesting evidence of current insurance coverage for the Debtor's commercial general liability and property insurance policies with proof that **the Debtor is listed as the insured party,** and that the U.S. Trustee is listed as a party of interest for notification purposes.

5.     To date, the following 7 Day Package items remain outstanding:

-     Proof of renewed **commercial general liability insurance** that expired on March 7, 2025, with proof that the Debtor is listed as the insured party and proof that the U.S. Trustee has been added to receive notice regarding each insurance policy;

-     Proof of renewed **property insurance**, that expired on March 7, 2025, with proof that the Debtor is listed as the insured party and proof that the U.S. Trustee has been added to receive notice regarding each insurance policy; and

-     Proof of required licenses, including a copy of the Debtor's business license.

6.     To date, the Debtor has not provided evidence to the U.S. Trustee that the following insurance policies are current and in place listing the Debtor as the insured party:

-     **Commercial general liability insurance (**policy ending in 0261) expired on March 7, 2025;

1    -    **Property insurance** (policy ending in 4235) expired on March 7, 2025;

2    7.    By the date of this hearing, the Monthly Operating report for March 2025 will

3    be due.

4    8.    By the date of this hearing, the Debtor will owe U.S. Trustee quarterly fees for

5    the first quarter of 2025;

6    I declare under penalty of perjury that the foregoing facts are true and correct.

7    Executed on April 16, 2025, in Oxnard, California.

8

9

10    Maria D. Marquez

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

**U.S. Bankruptcy Court**
**Central District of California (Santa Barbara)**
**Bankruptcy Petition #: 9:23-bk-10454-RC**

|  |  |
|---|---|
| *Assigned to:* Ronald A Clifford III | *Date filed:* 06/02/2023 |
| Chapter 11 | *Date of Intradistrict transfer:* 06/05/2023 |
| Voluntary | *341 meeting:* 07/06/2023 |
| Asset | *Deadline for filing claims:* 09/29/2023 |

| | |
|---|---|
| **Debtor**<br>**Global Premier Regency Palms Palmdale, LP**<br>2020 Main Street, Suite 300<br>Irvine, CA 92614<br>ORANGE-CA<br>Tax ID / EIN: 47-3506491 | represented by **Garrick A Hollander**<br>Winthrop Golubow Hollander, LLP<br>1301 Dove Street, Suite 500<br>Newport Beach, CA 92660<br>949-720-4150<br>Fax : 949-720-4111<br>Email: ghollander@wghlawyers.com<br><br>**Peter W Lianides**<br>Winthrop Golubow Hollander, LLP<br>1301 Dove Street, Suite 500<br>Newport Beach, CA 92660<br>949-720-4100<br>Fax : 949-720-4111<br>Email: plianides@wghlawyers.com<br><br>**Matthew J Stockl**<br>Winthrop Golubow Hollander, LLP<br>1301 Dove Street<br>Suite 500<br>Newport Beach, CA 92660<br>949-720-4100<br>Email: matthew.stockl@dinsmore.com |
| **U.S. Trustee**<br>**United States Trustee (LA)**<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017<br>(213) 894-6811<br>*TERMINATED: 06/05/2023* | represented by **Ron Maroko**<br>915 Wilshire Blvd., Ste 1850<br>Los Angeles, CA 90017<br>213-894-4520<br>Fax : 213-894-2603<br>Email: ron.maroko@usdoj.gov<br>*TERMINATED: 06/05/2023* |
| **U.S. Trustee**<br>**United States Trustee (ND)**<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017 | represented by **Brian David Fittipaldi**<br>US Department of Justice<br>1415 State Street<br>Santa Barbara, CA 93111<br>202-834-1629<br>Email: brian.fittipaldi@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 06/02/2023 | 1<br>(20 pgs) | Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Global Premier Regency Palms Palmdale, LP List of Equity Security Holders due 06/16/2023. Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 06/16/2023. Schedule A/B: Property (Form 106A/B or 206A/B) due 06/16/2023. Schedule C: The Property You Claim as Exempt (Form 106C) due 06/16/2023. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 06/16/2023. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 06/16/2023. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 06/16/2023. Schedule H: Your Codebtors (Form 106H or 206H) due 06/16/2023. Schedule I: Your Income (Form 106I) due 06/16/2023. Schedule J: Your Expenses (Form 106J) due 06/16/2023. Declaration About an Individual Debtors Schedules (Form 106Dec) due 06/16/2023. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 06/16/2023. Statement of Financial Affairs (Form 107 or 207) due 06/16/2023. Chapter 11 Statement of Your Current Monthly Income (Form 122B) Due: 06/16/2023. Incomplete Filings due by 06/16/2023. (Hollander, Garrick) (Entered: 06/02/2023) |
| 06/02/2023 | | Receipt of Voluntary Petition (Chapter 11)( 2:23-bk-13426) [misc,volp11] (1738.00) Filing Fee. Receipt number A55535307. Fee amount 1738.00. (re: Doc# 1) (U.S. Treasury) (Entered: 06/02/2023) |
| 06/02/2023 | 2<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Cram, Donald. (Cram, Donald) (Entered: 06/02/2023) |
| 06/02/2023 | 3 | Order To Transfer Case To United States Bankruptcy - Northern Division- Judge Ronald A. Clifford III . (BNC-PDF) Signed on 6/2/2023. (SF) Correction: See correct order 5 Modified on 6/5/2023 (SF). Note: This entry has been restricted from the public view. Modified on 6/5/2023 (LL2). (Entered: 06/02/2023) |
| 06/02/2023 | | Set Case Commencement Deficiency Deadlines (def/deforco) (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Global Premier Regency Palms Palmdale, LP) List of Equity Security Holders due 06/16/2023. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 06/16/2023. Statement of Financial Affairs (Form 107 or 207) due 06/16/2023. Chapter 11 Statement of Your Current Monthly Income (Form 122B) Due: 06/16/2023. Incomplete Filings due by 06/16/2023. (SY9) (Entered: 06/05/2023) |
| 06/02/2023 | | Set Case Commencement Deficiency Deadlines (ccdn) (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Global Premier Regency Palms Palmdale, LP) Corporate Resolution Authorizing Filing of Petition due 06/16/2023. Corporate Ownership Statement (LBR Form F1007-4) due by 06/16/2023. Statement of Related Cases (LBR Form F1015-2) due 06/16/2023. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 06/16/2023. Incomplete Filings due by 06/16/2023. (SY9) (Entered: 06/05/2023) |
| 06/04/2023 | 4<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)3 Order To Change Venue/Inter-district Transfer - Bankruptcy (BNC-PDF)) No. of Notices: 1. Notice Date 06/04/2023. (Admin.) (Entered: 06/04/2023) |
| 06/05/2023 | 5<br>(2 pgs) | Order To Transfer Case To Northern Division - Judge Ronald A. Clifford III (order entered on 6/2/2023) (BNC-PDF) Signed on 6/5/2023. (SF) (Entered: 06/05/2023) |
| 06/05/2023 | | Judge Ronald A Clifford, III added to case (BH) (Entered: 06/05/2023) |

| 06/05/2023 | 6 | Comments- CM/ECF Copy Case feature used to transfer case from the Los Angeles Division to Northern Division (New Case Number assigned: 9:23-bk-10454-RC; Previous Case Number assigned: 2:23-bk-13426-BR) (BH) (Entered: 06/05/2023) |
|---|---|---|
| 06/05/2023 | 7 (1 pg) | Notice of transfer of case (Inter/Intra District Transfer) (BNC) (BH) (Entered: 06/05/2023) |
| 06/05/2023 | 8 (6 pgs) | ORDER SETTING INITIAL STATUS CONFERENCE (Hearing Date: July 26, 2023, Time: 2:00 p.m.) (BNC-PDF) (Related Doc # 1 ) Signed on 6/5/2023 (KR9) (Entered: 06/05/2023) |
| 06/05/2023 | 9 | Hearing Set (RE: related document(s) Voluntary Petition (Chapter 11) filed by Debtor Global Premier Regency Palms Palmdale, LP) Status hearing to be held on 7/26/23 at 02:00 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Ronald A Clifford, III (KR9) (Entered: 06/05/2023) |
| 06/05/2023 | | Set Case Commencement Deficiency Deadlines (ccdn) (RE: related document(s) Voluntary Petition (Chapter 11) filed by Debtor Global Premier Regency Palms Palmdale, LP) Corporate Resolution Authorizing Filing of Petition due 6/20/2023  Corporate Ownership Statement (LBR Form F1007 4) due 6/20/2023  Statement of Related Cases (LBR Form F1015-2) due 6/20/2023. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 6/20/2023. Incomplete Filings due by 6/20/2023. (SY9) (Entered: 06/05/2023) |
| 06/05/2023 | 10 (1 pg) | Case Commencement Deficiency Notice (BNC) (RE: related document(s) Voluntary Petition (Chapter 11) filed by Debtor Global Premier Regency Palms Palmdale, LP) (SY9) (Entered: 06/05/2023) |
| 06/05/2023 | 11 (1 pg) | Notice of Case Deficiency Under 11 U.S.C. Sec. 521(a)(1) and Bankruptcy Rule 1007 (BNC) (RE: related document(s) Voluntary Petition (Chapter 11) filed by Debtor Global Premier Regency Palms Palmdale, LP) (SY9) (Entered  06/05/2023) |
| 06/07/2023 | 12 (3 pgs) | BNC Certificate of Notice (RE: related document(s)10 Case Commencement Deficiency Notice (BNC)) No. of Notices: 1. Notice Date 06/07/2023. (Admin.) (Entered: 06/07/2023) |
| 06/07/2023 | 13 (3 pgs) | BNC Certificate of Notice (RE: related document(s)11 Notice of Case Deficiency (11 U.S.C. Sec. 521 & Rule 1007) (Ch 11/12) (BNC)) No. of Notices: 1. Notice Date 06/07/2023. (Admin.) (Entered: 06/07/2023) |
| 06/07/2023 | 14 (5 pgs) | BNC Certificate of Notice (RE: related document(s)7 Notice of transfer of case (Inter/Intra District Transfer) (BNC)) No. of Notices: 63. Notice Date 06/07/2023. (Admin.) (Entered: 06/07/2023) |
| 06/07/2023 | 15 (8 pgs) | BNC Certificate of Notice  PDF Document  (RE  related document(s)8 Order (Generic) (BNC PDF)) No  of Notices  1  Notice Date 06/07/2023  (Admin ) (Entered 06/07/2023) |
| 06/09/2023 | 16 (2 pgs) | Meeting of Creditors 341(a) meeting to be held on 7/6/2023 at 10:00 AM at UST-SVND2, TELEPHONIC MEETING. CONFERENCE LINE:1-866-820-9498, PARTICIPANT CODE 6468388  (BH) (Entered  06/09/2023) |
| 06/11/2023 | 17 (6 pgs) | BNC Certificate of Notice (RE: related document(s)16 Meeting of Creditors Chapter 11 (Corporations or Partnerships) (309F1)) No. of Notices: 64. Notice Date 06/11/2023. (Admin.) (Entered: 06/11/2023) |
| 06/15/2023 | 18 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by White, Johnny. (White, Johnny) (Entered: 06/15/2023) |
| 06/16/2023 | 19 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Neale, David. (Neale, David) (Entered: 06/16/2023) |
| 06/16/2023 | 20 (59 pgs) | List of Equity Security Holders , Schedule A/B Non Individual  Property (Official Form 106A/B or 206A/B) , Schedule D Non Individual  Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Non-Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Schedule G Non-Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Non-Individual: Your Codebtors (Official Form 106H or 206H) , Statement *Statement Regarding Authority to Sign and File Petition*, Verification of Master Mailing List of Creditors (LBR Form F1007-1) , Summary of Schedules (Official Form B6 - Pg1) , Summary of Assets and Liabilities for Non-Individual (Official Form 106Sum or 206Sum) , Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) , Non-Individual: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Form 104 or 204) , Amendment to List of Creditors Fee Amount $32, Statement of Related Cases (LBR Form 1015-2.1) , Statement of Financial Affairs for Non-Individual Filing for Bankruptcy (Official Form 107 or 207) , Disclosure of Compensation of Attorney for Debtor (Official Form 2030) Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s) Set Case Commencement Deficiency Deadlines  def/deforco)) (Hollander, Garrick) (Entered: 06/16/2023) |
| 06/16/2023 | | Receipt of Amended List of Creditors (Fee)( 9:23-bk-10454-RC) [misc,amdcm] ( 32.00) Filing Fee. Receipt number A55587976. Fee amount 32.00. (re: Doc# 20) (U.S. Treasury) (Entered: 06/16/2023) |
| 06/20/2023 | 21 | Notice to Filer of Error and/or Deficient Document  Incomplete PDF was attached to the docket entry. Petition is deficient for: Corporate Ownership Statement, this form can be found on the3 courts website. THE FILER IS INSTRUCTED TO FILE THE MISSING DOCUMENT IMMEDIATELY. (RE: related document(s) Voluntary Petition (Chapter 11) filed by Debtor Global Premier Regency Palms Palmdale, LP, 20 List of Equity Security Holders filed by Debtor Global Premier Regency Palms Palmdale, LP, Schedule A/B: Property (Official Form 106A/B or 206A/B), Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D), Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106F or 206F), Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G or 206G), Schedule H: Your Codebtors (Official Form 106H or 206H), Statement, Verification of Master Mailing List of Creditors (LBR F1007-1), Summary of Schedules (Official Form B6 - Pg1) (For Cases filed before 12/01/2015), Summary of Assets and Liabilities (Official Form 106Sum or 206Sum), Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202), Chapter 11 or Chapter 9: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Form 104 or 204), Amended List of Creditors (Fee), Statement of Related Cases (LBR Form 1015-2.1), Statement of Financial Affairs (Official Form 107 or 207) (Official Form 107 or 207), Disclosure of Compensation of Atty for Debtor (Official Form 2030)) (AO) (Entered: 06/20/2023) |
| 06/20/2023 | 22 (2 pgs) | Statement of Corporate Ownership filed. Corporate Affiliates added to case:, Andrew Hanna, Christine Hanna, Global Premier America #5, LLC, Global Premier America, LLC Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s) Set Case Commencement Deficiency Deadlines (ccdn)). (Hollander, Garrick) (Entered: 06/20/2023) |
| 06/28/2023 | 23 (23 pgs) | Application to Employ Winthrop Golubow Hollander, LLP as General Insolvency Counsel *Application Of Debtor And Debtor-in- Possession For Authority To Employ Winthrop Golubow Hollander, LLP As Its General Insolvency Counsel; Memorandum Of Points And Authorities; And Declarations Of Christine Hanna and Garrick A. Hollander In Support Thereof* Filed by Debtor Global Premier Regency Palms Palmdale, LP (Hollander, Garrick) (Entered: 06/28/2023) |
| 06/29/2023 | 24 (6 pgs) | Notice of motion/application *Notice To Creditors Of Application Of Debtor And Debtor-In-Possession For Authority To Employ Winthrop Golubow Hollander, LLP As Its General Insolvency Counsel* Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s)23 Application to Employ Winthrop Golubow Hollander, LLP as General Insolvency Counsel *Application Of Debtor And Debtor-in- Possession For Authority To Employ Winthrop Golubow Hollander, LLP As Its General Insolvency Counsel; Memorandum Of Points And Authorities; And Declarations Of Christine Hanna and Garrick A. Hollander In Support Thereof* Filed by Debtor Global Premier Regency Palms Palmdale, LP). (Stockl, Matthew) (Entered: 06/29/2023) |
| 06/30/2023 | 25 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Aron, Simon  (Aron, Simon) (Entered  06/30/2023) |
| 07/06/2023 | 26 (5 pgs) | Certificate of Service *re Order Setting Initial Status Conference [Docket No. 8]* Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s)8 Order (Generic) (BNC-PDF)). (Hollander, Garrick) (Entered: 07/06/2023) |

4/16/25, 8:36 AM

Case 9:23-bk-10454-RC    Doc 132    CM/ECF - U.S. Bankruptcy Court (v1.6.3 - LIVE)    Entered 04/16/25 09:07:27    Desc
Main Document    Page 14 of 80

| 07/12/2023 | 27 (1 pgs) | Request for Removal from Courtesy Notice of Electronic Filing (NEF) Filed by Neale, David. (Neale, David) (Entered: 07/12/2023) |
|---|---|---|
| 07/12/2023 | 28 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by White, Johnny. (White, Johnny) (Entered: 07/12/2023) |
| 07/13/2023 | 29 (10 pgs) | Status Report for Chapter 11 Status Conference *Initial Status Report* Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Stockl, Matthew) (Entered: 07/13/2023) |
| 07/25/2023 | 30 (33 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013 1(o)(3)) *Declaration That No Party Requested A Hearing On Motion* Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s)23 Application to Employ Winthrop Golubow Hollander, LLP as General Insolvency Counsel *Application Of Debtor And Debtor-in- Possession For Authority To Employ Winthrop Golubow Hollander, LLP As Its General Insolvency Counsel; Memorandum Of Points And Au). (Hollander, Garrick) (Entered: 07/25/2023)* |
| 07/26/2023 | | Hearing Held and Hearing Continued (RE: Chapter 11 Status Conference) HEARING NOTE: Claims bar date set for September 29, 2023 for non-governmental entities, and November 29, 2023 for governmental entities. The Debtor to serve notice of the bar date on or before August 2, 2023. An order establishing the bar date shall be lodged by the Debtor within 7 days of the status conference. Continue the status conference to October 10, 2023, at 2:00 p.m. (RE: related document(s)1 VOLUNTARY PETITION (CHAPTER 11) filed by Global Premier Regency Palms Palmdale, LP) Status Hearing to be held on 10/10/2023 at 02:00 PM 1415 State Street Courtroom 201 Santa Barbara, CA 93101 for 1. Updated/Modified on 7/27/2023 (KR9) (Entered: 07/26/2023) |
| 07/27/2023 | 31 (6 pgs) | Notice of Bar Date for Filing Proofs of Claim in a Chapter 11 *Notice of Bar Date For Filing Proofs Of Claim In A Chapter 11 Case [LBR 3003-1]* Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Stockl, Matthew) (Entered: 07/27/2023) |
| 07/27/2023 | 32 (20 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 06/30/2023 Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Hollander, Garrick) (Entered: 07/27/2023) |
| 07/27/2023 | 33 (2 pgs) | ORDER SETTING BAR DATE FOR FILING PROOFS OF CLAIM [FRBP 3003(c)(3); LBR 3003-1] (BNC-PDF) Signed on 7/27/2023. (AO) (Entered: 07/27/2023) |
| 07/27/2023 | 34 (2 pgs) | ORDER SETTING APPLICTION OF GLOBAL PREMIER REGENCY PALMS PALMDALE, LP TO EMPLOY WINTHROP GOLUBOW HOLLANDER, LLP AS GENERAL INSOLVENCY COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION FOR HEARING (BNC-PDF) Signed on 7/27/2023 (RE: related document(s)23 Application to Employ filed by Debtor Global Premier Regency Palms Palmdale, LP). (AO) (Entered: 07/27/2023) |
| 07/27/2023 | 35 | Hearing Set (RE: related document(s)23 Application to Employ filed by Debtor Global Premier Regency Palms Palmdale, LP) The Hearing date is set for 8/22/2023 at 02:00 PM at Crtrm 201, 1415 State St., Santa Barbara, CA 93101. The case judge is Ronald A Clifford, III (AO) (Entered: 07/27/2023) |
| 07/29/2023 | 36 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)33 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 07/29/2023. (Admin.) (Entered: 07/29/2023) |
| 07/29/2023 | 37 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)34 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 07/29/2023. (Admin.) (Entered: 07/29/2023) |
| 08/03/2023 | 38 | Case Commencement Deficiency Notice (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Global Premier Regency Palms Palmdale, LP) (AO) (Entered: 08/03/2023) |
| 08/09/2023 | 39 (6 pgs) | Supplemental *Supplemental Disclosure Regarding Retainer Payment Received From LK Advisors In Relation To The Application Of Debtor And Debtor-In-Possession For Authority To Employ Winthrop Golubow Hollander, LLP As Its General Insolvency Counsel* Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Hollander, Garrick) (Entered: 08/09/2023) |
| 08/15/2023 | 40 (3 pgs) | Objection (related document(s): 23 Application to Employ Winthrop Golubow Hollander, LLP as General Insolvency Counsel *Application Of Debtor And Debtor-in-Possession For Authority To Employ Winthrop Golubow Hollander, LLP As Its General Insolvency Counsel; Memorandum Of Points And Au filed by Debtor Global Premier Regency Palms Palmdale, LP) Filed by U.S. Trustee United States Trustee (ND) (Fittipaldi, Brian) (Entered: 08/15/2023)* |
| 08/17/2023 | 41 (4 pgs) | Reply to (related document(s): 40 Objection filed by U.S. Trustee United States Trustee (ND)) *Debtors Response To Objection Of The United States Trustee To Employment Of Winthrop Golubow Hollander, LLP As Its General Insolvency Counsel* Filed by Debtor Global Premier Regency Palms Palmdale, LP (Hollander, Garrick). (Entered: 08/17/2023) |
| 08/22/2023 | 42 (16 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 07/31/2023 Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Hollander, Garrick) (Entered: 08/22/2023) |
| 08/22/2023 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) 23 APPLICATION TO EMPLOY filed by Global Premier Regency Palms Palmdale, LP) Hearing to be held on 09/12/2023 at 02:00 PM 1415 State Street Courtroom 201 Santa Barbara, CA 93101 for 23. HEARING NOTE: Continue to September 12, 2023 at 2:00 pm. United States Trustee shall file a status report 14 days prior to that hearing. Updated/Modified on 8/24/2023 (KR9). (Entered: 08/22/2023) |
| 09/12/2023 | | Hearing Held and Hearing Continued  HEARING NOTE  Continued to September 26, 2023, at 2:00 p m  The Office of the United States Trustee to file a status report regarding the Office's position on the Application on or before September 14, 2023. (RE: related document(s) 23 APPLICATION TO EMPLOY filed by Global Premier Regency Palms Palmdale, LP) Hearing to be held on 09/26/2023 at 02:00 PM 1415 State Street Courtroom 201 Santa Barbara, CA 93101 for 23. Updated/Modified on 9/18/2023 (KR9). (Entered: 09/12/2023) |
| 09/14/2023 | 43 (4 pgs) | Objection (related document(s): Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) Filed by U.S. Trustee United States Trustee (ND) (Fittipaldi, Brian) (Entered: 09/14/2023) |
| 09/26/2023 | 44 (20 pgs) | Chapter 11 Monthly Operating Report for the Month Ending  08/31/2023 Filed by Debtor Global Premier Regency Palms Palmdale, LP (Hollander, Garrick) (Entered: 09/26/2023) |
| 09/26/2023 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s)23 APPLICATION TO EMPLOY filed by Global Premier Regency Palms Palmdale, LP) Hearing to be held on 10/24/2023 at 02 00 PM 1415 State Street Courtroom 201 Santa Barbara, CA 93101 for 23. Updated/Modified on 9/27/2023 (KR9) (Entered: 09/27/2023) |
| 09/27/2023 | 45 (7 pgs) | Status report Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Hollander, Garrick) (Entered: 09/27/2023) |
| 09/27/2023 | 46 (3 pgs) | Declaration re: *Supplemental Declaration Of Garrick A. Hollander In Support Of Additional Disclosure Regarding Application Of Debtor And Debtor-In- Possession For Authority To Employ Winthrop Golubow Hollander, LLP As Its General Insolvency Counsel* Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s)39 Supplemental)  (Hollander, Garrick) (Entered  09/27/2023) |
| 09/28/2023 | 47 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Flanagan, James. (Flanagan, James) (Entered: 09/28/2023) |

| Date | Doc # | Description |
|---|---|---|
| 09/29/2023 | 48 (19 pgs) | Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement *Debtors Notice Of Motion And Motion For First Extension Of Exclusive Periods To File A Plan And To Solicit Acceptances Thereto; Memorandum Of Points And Authorities And Declaration In Support Thereof* Filed by Debtor Global Premier Regency Palms Palmdale, LP (Hollander, Garrick) (Entered: 09/29/2023) |
| 10/10/2023 | 49 | Hearing Held (RE Chapter 11 Status Conference) HEARING NOTE: Continued to December 12, 2023 at 2:00 pm (KR9) (Entered: 10/10/2023) |
| 10/23/2023 | 50 (22 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s)48 Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement *Debtors Notice Of Motion And Motion For First Extension Of Exclusive Periods To File A Plan And To Solicit Acceptances Thereto; Memorandum Of Points And Authori). (Hollander, Garrick) (Entered: 10/23/2023) |
| 10/24/2023 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) 23 APPLICATION TO EMPLOY filed by Debtor Global Premier Regency Palms Palmdale, LP) Hearing to be held on 11/07/2023 at 02:00 PM 1415 State Street Courtroom 201 Santa Barbara, CA 93101 for 23 , (KR9) (Entered: 10/24/2023) |
| 10/27/2023 | 51 (2 pgs) | ORDER GRANTING DEBTORS MOTION FOR FIRST EXTENSION OF EXCLUSIVE PERIODS TO FILE A PLAN AND TO SOLICIT ACCEPTANCES THERETO (BNC-PDF) (Related Doc # 48 ) Signed on 10/27/2023 (KR9) (Entered: 10/27/2023) |
| 10/29/2023 | 52 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)51 Order on Motion to Extend Exclusivity Period (BNC-PDF)) No. of Notices: 1. Notice Date 10/29/2023. (Admin.) (Entered: 10/29/2023) |
| 10/31/2023 | 53 (17 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 09/30/2023 Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Hollander, Garrick) (Entered: 10/31/2023) |
| 11/07/2023 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) 23 APPLICATION TO EMPLOY filed by Global Premier Regency Palms Palmdale, LP) Hearing to be held on 11/21/2023 at 02:00 PM 1415 State Street Courtroom 201 Santa Barbara, CA 93101 for 23 , (KR9) (Entered: 11/07/2023) |
| 11/07/2023 | 54 (3 pgs) | Amending Schedules (E/F) *Amended Schedule F - as to LK Asset Advisors LLC ONLY* Filed by Debtor Global Premier-in- Regency Palms Palmdale, LP. (Hollander, Garrick) (Entered: 11/07/2023) |
| 11/07/2023 | | Receipt of Amending Schedules D and/or E/F (Official Form 106D, 106E/F, 206D, or 206E/F) (Fee)( 9:23-bk-10454-RC) [misc,amdsch] ( 32.00) Filing Fee. Receipt number A56140251. Fee amount 32.00. (re: Doc# 54 ) (U.S. Treasury) (Entered: 11/07/2023) |
| 11/08/2023 | 55 | Notice to Filer of Error and/or Deficient Document. **Document was not filed with Court's Mandatory Cover Sheet Form - F 1007-1.1.AMENDED.SUMMARY. this can be found on the Court's website. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT MANDATORY FORM.** (RE: related document(s)54 Amending Schedules D and/or E/F (Official Form 106D, 106E/F, 206D, or 206E/F) (Fee) filed by Debtor Global Premier Regency Palms Palmdale, LP) (AO) (Entered: 11/08/2023) |
| 11/08/2023 | 56 (6 pgs) | Amendment to List of Creditors. Fee Amount $32, Amending Schedules (E/F) *LK Asset Advisors -ONLY* Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Hollander, Garrick) (Entered: 11/08/2023) |
| 11/08/2023 | | Receipt of Amended List of Creditors (Fee)( 9:23-bk-10454-RC) [misc,amdcm] ( 32.00) Filing Fee. Receipt number A56142954. Fee amount 32.00. (re: Doc# 56 ) (U.S. Treasury) (Entered: 11/08/2023) |
| 11/08/2023 | | Receipt of Amending Schedules D and/or E/F (Official Form 106D, 106E/F, 206D, or 206E/F) (Fee)( 9:23-bk-10454-RC) [misc,amdsch] ( 32.00) Filing Fee. Receipt number A56143296. Fee amount 32.00. (re: Doc# 56 ) (U.S. Treasury) (Entered: 11/08/2023) |
| 11/08/2023 | 57 (3 pgs) | Declaration re: *Supplemental Declaration of Garrick A. Hollander in Support of Application of Debtor and Debtor in Possession for Authority to Employ Winthrop Golubow Hollander LLP as its General Insolvency Counsel* Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s)23 Application to Employ Winthrop Golubow Hollander, LLP as General Insolvency Counsel *Application Of Debtor And Debtor-in- Possession For Authority To Employ Winthrop Golubow Hollander, LLP As Its General Insolvency Counsel; Memorandum Of Points And Au, 40 Objection, 43 Objection, 46 Declaration, 56 Amended List of Creditors (Fee), Amending Schedules D and/or E/F (Official Form 106D, 106E/F, 206D, or 206E/F) (Fee)). (Hollander, Garrick) (Entered: 11/08/2023) |
| 11/15/2023 | 58 (2 pgs) | ORDER AUTHORIZING EMPLOYMENT OF WINTHROP GOLUBOW HOLLANDER, LLP AS GENERAL INSOLVENCY COUNSEL FOR THE DEBTOR AND DEBTOR-INPOSSESSION (BNC-PDF) (Related Doc # 23 ) Signed on 11/15/2023. (AO) (Entered: 11/15/2023) |
| 11/17/2023 | 59 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)58 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 11/17/2023. (Admin.) (Entered: 11/17/2023) |
| 11/21/2023 | 60 | Hearing Held (HEARING NOTE: Matter vacated. *Order Authorizing Employment of Winthrop Golubow Hollander, LLP as General Insolvency Counsel for the Debtor-in-Possession entered as Docket No. 58.*) (RE: related document(s) 23 Application to Employ) Modified on 11/29/2023 (KR9). (Entered: 11/21/2023) |
| 11/29/2023 | 61 (16 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 10/31/2023 Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Hollander, Garrick) (Entered: 11/29/2023) |
| 11/29/2023 | 62 (6 pgs) | Status report Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Hollander, Garrick) (Entered: 11/29/2023) |
| 12/08/2023 | 63 (5 pgs) | Statement *Professional Fee Statement No. 1 - June/July 2023 - Winthrop Golubow Hollander, LLP* Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Hollander, Garrick) (Entered: 12/08/2023) |
| 12/12/2023 | 64 | Hearing Rescheduled/Continued (RE: Chapter 11 Status Conference) The Hearing date is set for 1/23/2024 at 02:00 PM at Crtrm 201, 1415 State St., Santa Barbara, CA 93101. The case judge is Ronald A Clifford, III (KR9) (Entered: 12/13/2023) |
| 12/19/2023 | 65 (19 pgs) | Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement *Debtors Notice Of Motion And Motion For Second Extension Of Exclusive Periods To File A Plan And To Solicit Acceptances Thereto; Memorandum Of Points And Authorities; And Declaration In Support Thereof* Filed by Debtor Global Premier Regency Palms Palmdale, LP (Hollander, Garrick) (Entered: 12/19/2023) |
| 12/27/2023 | 66 (14 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 11/30/2023 Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Hollander, Garrick) (Entered: 12/27/2023) |
| 01/02/2024 | 67 (3 pgs) | Objection Filed by Creditor LK Asset Advisors, LLC (and Edwin W. Leslie, CEO) (RE: related document(s)62 Status report filed by Debtor Global Premier Regency Palms Palmdale, LP) (ES9) (Entered: 01/02/2024) |
| 01/08/2024 | 68 (22 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s)65 Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement *Debtors Notice Of Motion And Motion For Second Extension Of Exclusive Periods To File A Plan And To Solicit Acceptances Thereto; Memorandum Of Points And Author). (Hollander, Garrick) (Entered: 01/08/2024) |
| 01/09/2024 | 69 (6 pgs) | Declaration re: *Declaration Of Garrick A. Hollander Re LK Advisors Objection To Status Report And Payment Of Retainer* Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s)67 Document). (Hollander, Garrick) (Entered: 01/09/2024) |

000014

| | | |
|---|---|---|
| 01/09/2024 | 70<br>(7 pgs) | Status report Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s)69 Declaration). (Hollander, Garrick) (Entered: 01/09/2024) |
| 01/12/2024 | 71<br>(3 pgs) | ORDER SETTING DEBTORS MOTION FOR SECOND EXTENSION OF EXCLUSIVE PERIODS TO FILE A PLAN AND TO SOLICIT ACCEPTANCES THERETO FOR HEARING (BNC-PDF) (Related Doc 65) Signed on 1/12/2024. (BH) (Entered: 01/12/2024) |
| 01/12/2024 | 72 | Hearing Set (RE: related document(s)65 Motion to Extend/Limit Exclusivity Period filed by Debtor Global Premier Regency Palms Palmdale, LP) The Hearing date is set for 2/6/2024 at 02:00 PM at Crtrm 201, 1415 State St., Santa Barbara, CA 93101. The case judge is Ronald A Clifford, III (BH) (Entered: 01/12/2024) |
| 01/14/2024 | 73<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)71 Order on Motion to Extend Exclusivity Period (BNC-PDF)) No. of Notices: 1. Notice Date 01/14/2024. (Admin.) (Entered: 01/14/2024) |
| 01/17/2024 | 74<br>(4 pgs) | Declaration re: *Declaration Of Jeannie Martinez Regarding Service Of Debtors Notice Of Motion And Motion For Second Extension Of Exclusive Periods To File A Plan And To Solicit Acceptances Thereto [Docket No. 65]* Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s)65 Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement *Debtors Notice Of Motion And Motion For Second Extension Of Exclusive Periods To File A Plan And To Solicit Acceptances Thereto; Memorandum Of Points And Author, 71 Order on Motion to Extend Exclusivity Period (BNC-PDF)*). (Hollander, Garrick) (Entered: 01/17/2024) |
| 01/23/2024 | 75 | Hearing Rescheduled/Continued (RE Chapter 11 Status Conference) Status hearing to be held on 2/20/2024 at 02:00 PM at Crtrm 201, 1415 State St., Santa Barbara, CA 93101. The case judge is Ronald A Clifford, III (KR9) (Entered: 01/23/2024) |
| 01/26/2024 | 76<br>(16 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 12/31/2023 Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Hollander, Garrick) (Entered: 01/26/2024) |
| 02/06/2024 | 77 | Hearing Held. HEARING NOTE: Motion granted. Movant is to upload an order within 7 days. (RE: related document(s) 65 Motion to Extend/Limit Exclusivity Period) (KR9) (Entered: 02/06/2024) |
| 02/08/2024 | 78<br>(2 pgs) | ORDER GRANTING DEBTORS MOTION FOR SECOND EXTENSION OF EXCLUSIVE PERIODS TO FILE A PLAN AND TO SOLICIT ACCEPTANCES THERETO (BNC-PDF) (Related Doc # 65) Signed on 2/8/2024. (BH) (Entered: 02/08/2024) |
| 02/10/2024 | 79<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)78 Order on Motion to Extend Exclusivity Period (BNC-PDF)) No. of Notices: 1. Notice Date 02/10/2024. (Admin.) (Entered: 02/10/2024) |
| 02/16/2024 | 80<br>(3 pgs) | Status report Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Hollander, Garrick) (Entered: 02/16/2024) |
| 02/20/2024 | 81 | Hearing Rescheduled/Continued (RE Chapter 11 Status Conference) Status hearing to be held on 4/9/2024 at 02:00 PM at Crtrm 201, 1415 State St., Santa Barbara, CA 93101. The case judge is Ronald A Clifford, III (KR9) (Entered: 02/21/2024) |
| 03/06/2024 | 82<br>(15 pgs) | Application to Employ The Smart CPAs as Certified Public Accountant *Application Of Debtor And Debtor-In-Possession For Authority To Employ The Smart CPAs As Its Certified Public Accountant And Approve And Pay Fees And Costs; Memorandum Of Points And Authorities; And Declarations Of Christine Hanna And Momtaz A. Abas In Support Thereof* Filed by Debtor Global Premier Regency Palms Palmdale, LP (Hollander, Garrick) (Entered: 03/06/2024) |
| 03/06/2024 | 83<br>(6 pgs) | Notice of motion/application *Notice To Creditors Of Application Of Debtor And Debtor-In-Possession For Authority To Employ The Smart CPAS As Its Certified Public Accountants* Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s)82 Application to Employ The Smart CPAs as Certified Public Accountant *Application Of Debtor And Debtor-In-Possession For Authority To Employ The Smart CPAs As Its Certified Public Accountant And Approve And Pay Fees And Costs; Memorandum Of Points And Authorities; And Declarations Of Christine Hanna And Momtaz A. Abas In Support Thereof* Filed by Debtor Global Premier Regency Palms Palmdale, LP). (Hollander, Garrick) (Entered: 03/06/2024) |
| 03/26/2024 | 84<br>(5 pgs) | Status report Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Hollander, Garrick) (Entered: 03/26/2024) |
| 03/26/2024 | 85<br>(24 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s)82 Application to Employ The Smart CPAs as Certified Public Accountant *Application Of Debtor And Debtor-In-Possession For Authority To Employ The Smart CPAs As Its Certified Public Accountant And Approve And Pay Fees And Costs; Memorandum Of Points And).* (Hollander, Garrick) (Entered: 03/26/2024) |
| 03/27/2024 | 86 | Notice to Filer of Error and/or Deficient Document **Document filed without holographic signature of Jeannie Martinez on page 1 per LBR 9011-1. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE PROPER SIGNATURES.** (RE: related document(s)85 Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) filed by Debtor Global Premier Regency Palms Palmdale, LP) (ES9) (Entered: 03/27/2024) |
| 03/27/2024 | 87<br>(24 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *Re-filed with Proper Signature* Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s)82 Application to Employ The Smart CPAs as Certified Public Accountant *Application Of Debtor And Debtor-In-Possession For Authority To Employ The Smart CPAs As Its Certified Public Accountant And Approve And Pay Fees And Costs; Memorandum Of Points And).* (Hollander, Garrick) (Entered: 03/27/2024) |
| 03/28/2024 | 88<br>(16 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 01/31/2024 Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Hollander, Garrick) (Entered: 03/28/2024) |
| 03/28/2024 | 89<br>(2 pgs) | Order Granting in part, Denying in part Application to Employ - ORDER AUTHORIZING EMPLOYMENT OF SMART CPAS AS ITS CERTIFIED PUBLIC ACCOUNTANT AND APPROVE AND PAY FEES AND COSTS (BNC-PDF) (Related Doc # 82) Signed on 3/28/2024. (ES9) (Entered: 03/28/2024) |
| 03/30/2024 | 90<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)89 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 03/30/2024. (Admin.) (Entered: 03/30/2024) |
| 04/01/2024 | 91<br>(15 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 02/29/2024 Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Hollander, Garrick) (Entered: 04/01/2024) |
| 04/01/2024 | 92<br>(20 pgs) | Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement *Debtors Notice Of Motion And Motion For Third Extension Of Exclusive Periods To File A Plan And To Solicit Acceptances Thereto; Memorandum Of Points And Authorities; And Declaration In Support Thereof* Filed by Debtor Global Premier Regency Palms Palmdale, LP (Hollander, Garrick) (Entered: 04/01/2024) |
| 04/09/2024 | | Hearing Held RE Chapter 11 Status Conference. HEARING NOTE: Deadline for the Debtor to file a plan of reorganization of June 28, 2024. The status conference is continued to July 9, 2024, at 1:00 p.m. The Debtor is to upload a scheduling order within 7 days. (RE: related document(s) 1 VOLUNTARY PETITION (CHAPTER 11) filed by Global Premier Regency Palms Palmdale, LP) Status Hearing to be held on 07/09/2024 at 01:00 PM 1415 State Street Courtroom 201 Santa Barbara, CA 93101 for 1, (KR9) Modified on 4/10/2024 (KR9). (Entered: 04/10/2024) |
| 04/11/2024 | 93<br>(2 pgs) | STATUS CONFERENCE SCHEDULING ORDER (BNC-PDF) (Related Doc # 1) Signed on 4/11/2024 (ES9) (Entered: 04/11/2024) |
| 04/13/2024 | 94<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)93 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 04/13/2024. (Admin.) (Entered: 04/13/2024) |

| | | |
|---|---|---|
| 05/02/2024 | [95](16 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 03/31/2024 Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Hollander, Garrick) (Entered: 05/02/2024) |
| 05/31/2024 | [96](15 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 04/30/2024 Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Hollander, Garrick) (Entered: 05/31/2024) |
| 06/07/2024 | [97](5 pgs) | Statement *Professional Fee Statement No. 2 - August 2023 - April 2024 - Winthrop Golubow Hollander, LLP* Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Hollander, Garrick) (Entered: 06/07/2024) |
| 06/25/2024 | [98](3 pgs) | Status report *re: Position of the United States Trustee on Status Conference* Filed by U.S. Trustee United States Trustee (ND) (RE: related document(s)[1] Voluntary Petition (Chapter 11)). (Fittipaldi, Brian) (Entered: 06/25/2024) |
| 06/25/2024 | [99](18 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 05/31/2024 Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Hollander, Garrick) (Entered: 06/25/2024) |
| 06/28/2024 | [100](77 pgs) | Chapter 11 Plan of Reorganization Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Hollander, Garrick) (Entered: 06/28/2024) |
| 07/05/2024 | [101](5 pgs) | Status report Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s)[1] Voluntary Petition (Chapter 11)). (Hollander, Garrick) (Entered: 07/05/2024) |
| 07/09/2024 | | Hearing Rescheduled/Continued (Other) (BK Case - BNC Option) (RE: related document(s) [1] VOLUNTARY PETITION (CHAPTER 11) filed by Global Premier Regency Palms Palmdale, LP) Status Hearing to be held on 08/06/2024 at 01:00 PM 1415 State Street Courtroom 201 Santa Barbara, CA 93101 for [1] , (KR9) (Entered: 07/09/2024) |
| 07/10/2024 | [102](5 pgs) | Notice of Change of Address *Change of Mailing Address* Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Hollander, Garrick) (Entered: 07/10/2024) |
| 07/23/2024 | [103](3 pgs) | Stipulation By Global Premier Regency Palms Palmdale, LP and *Stipulation to Pursue Mediation and Request Continuance of Status Conference* Filed by Debtor Global Premier Regency Palms Palmdale, LP (Hollander, Garrick) (Entered: 07/23/2024) |
| 07/25/2024 | [104](2 pgs) | ORDER APPROVING STIPULATION TO PURSUE MEDIATION AND REQUEST CONTINUANCE OF STATUS CONFERENCE (BNC-PDF) (Related Doc # [103] ) Signed on 7/25/2024 (ES9) (Entered: 07/25/2024) |
| 07/25/2024 | | Hearing Rescheduled/Continued (Other) (BK Case - BNC Option) (RE: related document(s) [1] VOLUNTARY PETITION (CHAPTER 11) filed by Global Premier Regency Palms Palmdale, LP) Status Hearing to be held on 09/11/2024 at 01:00 PM 1415 State Street Courtroom 201 Santa Barbara, CA 93101 for [1] , (ES9) (Entered: 07/25/2024) |
| 07/27/2024 | [105](4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[104] Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 07/27/2024. (Admin.) (Entered: 07/27/2024) |
| 08/01/2024 | [106](17 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 06/30/2024 Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Hollander, Garrick) (Entered: 08/01/2024) |
| 08/06/2024 | 107 | Hearing Vacated on 8/6/24: Continued to 9/11/2024 at 1:00 p.m. (RE Chapter 11 Status Conference) (RE: related document(s) [1] Voluntary Petition (Chapter 11)) (KR9) (Entered: 08/06/2024) |
| 08/09/2024 | [108](220 pgs) | Motion *Debtors Motion And Petition For Release Of Property From Mechanic Liens Pursuant To California Civil Code Section 8490, Or, Alternatively, For Relief From The Automatic Stay; Memorandum Of Points And Authorities; Declarations Of Christine Hanna And Peter W Lianides* Filed by Debtor Global Premier Regency Palms Palmdale, LP (Lianides, Peter) (Entered: 08/09/2024) |
| 08/09/2024 | [109](7 pgs) | Notice of motion/application *Notice To Creditors Of Debtors Motion And Petition For Release Of Property From Mechanic Liens Pursuant To California Civil Code Section 8490, Or, Alternatively, For Relief From The Automatic Stay* Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s)[108] Motion *Debtors Motion And Petition For Release Of Property From Mechanic Liens Pursuant To California Civil Code Section 8490, Or, Alternatively, For Relief From The Automatic Stay; Memorandum Of Points And Authorities; Declarations Of Christine Hanna And Peter W Lianides* Filed by Debtor Global Premier Regency Palms Palmdale, LP). (Lianides, Peter) (Entered: 08/09/2024) |
| 08/09/2024 | 110 | Hearing Set (RE: related document(s)[108] Motion filed by Debtor Global Premier Regency Palms Palmdale, LP) The Hearing date is set for 9/10/2024 at 01:00 PM at Crtrm 201, 1415 State St., Santa Barbara, CA 93101. The case judge is Ronald A Clifford, III (KR9) (Entered: 08/09/2024) |
| 08/29/2024 | [111](15 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 07/31/2024 Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Hollander, Garrick) (Entered: 08/29/2024) |
| 08/29/2024 | [112](6 pgs) | Status report Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s)[1] Voluntary Petition (Chapter 11)). (Hollander, Garrick) (Entered: 08/29/2024) |
| 09/10/2024 | | Hearing Held. HEARING NOTE: Continue to October 22, 2024, at 1:00 p.m. Any augmentations to the Motion are to be filed and served on or before October 1, 2024. (RE: related document(s) 108 MOTION (Debtor's Motion And Petition For Release Of Property From Mechanic Liens Pursuant To California Civil Code Section 8490, Or, Alternatively, For Relief From The Automatic Stay) filed by Global Premier Regency Palms Palmdale, LP) Hearing to be held on 10/22/2024 at 01:00 PM 1415 State Street Courtroom 201 Santa Barbara, CA 93101 for 108, (KR9) Modified on 9/12/2024 (KR9). (Entered: 09/12/2024) |
| 09/11/2024 | | Hearing Held. HEARING NOTE: Chapter 11 Status Conference Continued to November 20, 2024, at 1:00 p.m. (RE: related document(s) [1] VOLUNTARY PETITION (CHAPTER 11) filed by Global Premier Regency Palms Palmdale, LP) Status Hearing to be held on 11/20/2024 at 01:00 PM 1415 State Street Courtroom 201 Santa Barbara, CA 93101 for [1] , (KR9) Modified on 9/12/2024 (KR9). (Entered: 09/12/2024) |
| 09/18/2024 | [113](86 pgs) | Supplemental *Supplement To Debtors Motion And Petition For Release Of Property From Mechanic Liens Pursuant To California Civil Code Section 8490; Declaration Of Peter W. Lianides* Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Lianides, Peter) (Entered: 09/18/2024) |
| 10/14/2024 | [114](16 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 08/31/2024 Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Hollander, Garrick) (Entered: 10/14/2024) |
| 10/22/2024 | 115 | Hearing Held. HEARING NOTE: The Motion is granted, and the claims objections sustained, pursuant to 11 U.S.C. §§ 502(b) and 545(2) for the reasons set forth in the Motion and the Supplement. The Debtor is to submit a conforming order within 7 days. (RE: related document(s)108 Generic Motion filed by Debtor Global Premier Regency Palms Palmdale, LP) (KR9) (Entered: 10/23/2024) |
| 10/24/2024 | [116](3 pgs) | ORDER GRANTING DEBTOR'S MOTION AND PETITION FOR RELEASE OF PROPERTY FROM MECHANIC LIENS PURSUANT TO CALIFORNIA CIVIL CODE § 8490 (BNC-PDF) (Related Doc # [108] ) Signed on 10/24/2024 (ES9) (Entered: 10/24/2024) |
| 10/26/2024 | [117](5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[116] Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 10/26/2024. (Admin.) (Entered: 10/26/2024) |

000016

| 10/28/2024 | 118 | Request for a Certified Copy Fee Amount $12. The document will be sent via email to :svillegas@wghlawyers.com: Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s)116 Order on Generic Motion (BNC-PDF)). (Lianides, Peter) (Entered: 10/28/2024) |
| 10/28/2024 | | Receipt of Request for a Certified Copy( 9:23-bk-10454-RC) [misc,paycert] ( 12.00) Filing Fee. Receipt number A57552943. Fee amount 12.00. (re: Doc# 118 ) (U.S. Treasury) (Entered: 10/28/2024) |
| 10/28/2024 | 119 | Certified Copy Emailed to svillegas@wghlawyers.com (Entered: 10/28/2024) |
| 11/05/2024 | 120 (16 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 09/30/2024 Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Hollander, Garrick) (Entered: 11/05/2024) |
| 11/07/2024 | 121 (7 pgs) | Status report Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Hollander, Garrick) (Entered: 11/07/2024) |
| 11/20/2024 | 122 (29 pgs) | Statement *Professional Fee Statement No. 3 - May 2024 - October 2024 - Winthrop Golubow Hollander, LLP* Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Hollander, Garrick) (Entered: 11/20/2024) |
| 11/20/2024 | 123 | Hearing Held and Continued- Status hearing continued to February 26, 2025 at 01:00 PM at Crtrm 201, 1415 State St., Santa Barbara, CA 93101. The case judge is Ronald A Clifford, III (RE: #1 Chapter 11 Voluntary Petition Non-Individual) (ES9) (Entered: 11/21/2024) |
| 11/22/2024 | 124 (16 pgs; 2 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 10/31/2024 Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Attachments: # 1 Exhibit) (Hollander, Garrick) (Entered: 11/22/2024) |
| 12/23/2024 | 125 (17 pgs; 2 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 11/30/2024 Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Attachments: # 1 Exhibit Signature page and bank statement) (Hollander, Garrick) (Entered: 12/23/2024) |
| 01/16/2025 | 126 (15 pgs; 2 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 12/31/2024 Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Attachments: # 1 Exhibit Signature page and statements) (Hollander, Garrick) (Entered: 01/16/2025) |
| 02/12/2025 | 127 (6 pgs) | Status report Filed by Debtor Global Premier Regency Palms Palmdale, LP (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Hollander, Garrick) (Entered: 02/12/2025) |
| 02/25/2025 | 128 (16 pgs; 2 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 01/31/2025 Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Attachments: # 1 Signature and Statements) (Hollander, Garrick) (Entered: 02/25/2025) |
| 02/26/2025 | 129 | Hearing Held 02/26/2025 at 1:00 p.m. re: CONT'd Chapter 11 Status Conference - Continued to May 21, 2025, at 1:00 p.m. Deadline to submit a copy of the insurance policy to the United States trustee - March 14, 2025. (SM) (Entered: 02/27/2025) |
| 02/26/2025 | 130 | Hearing Rescheduled/Continued (related document #1 - Chapter 11 Voluntary Petition Non-Individual) - Status hearing to be held on 5/21/2025 at 01:00 PM at Crtrm 201, 1415 State St., Santa Barbara, CA 93101. The case judge is Ronald A Clifford, III (SM) (Entered: 02/27/2025) |
| 04/10/2025 | 131 (16 pgs; 2 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 02/28/2025 Filed by Debtor Global Premier Regency Palms Palmdale, LP. (Attachments: # 1 Sig Page and Statements) (Hollander, Garrick) (Entered: 04/10/2025) |

|  | **PACER Service Center** |  |
| | **Transaction Receipt** | |
| | 04/16/2025 08:36:07 | |
| **PACER Login:** | ███ | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 9:23-bk-10454-RC Fil or Ent: filed To: 4/16/2025 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 13 | **Cost:** | 1.30 |

**EXHIBIT B**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)*    **9:23-bk-10454-RC**    Chapter    **11**

☑ Check if this an
amended filing

Amended to reflect new case number

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 16, 2023**
MM / DD / YYYY

X _____    **Christine Hanna**
Signature of authorized representative of debtor    Printed name

Title    **Managing Member of the General Partner**

**18. Signature of attorney**

X    /s/ Garrick A. Hollander    Date    **June 16, 2023**
Signature of attorney for debtor    MM / DD / YYYY

**Garrick A. Hollander**
Printed name

**Winthrop Golubow Hollander, LLP**
Firm name

**1301 Dove Street, Suite 500
Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone    **949-720-4100**    Email address    **ghollander@wghlawyers.com**

**166316 CA**
Bar number and State

Debtor    **Global Premier Regency Palms Palmdale, LP**                Case number (*if known*)    **9:23-bk-10454-RC**
_____
Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

| Debtor | Global Premier Regency Palms Palmdale, LP | Case number *(if known)* | 9:23-bk-10454-RC |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Global Premier Regency Palms Oxnard, LP** | Relationship | **Affiliate** |
|---|---|---|---|
| District | **Northern Division - Santa Barbara** | When | **8/16/22** | Case number, if known | **9:22-bk-10626-RC** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **Global Premier Regency Palms Palmdale, LP**                    Case number *(if known)*   **9:23-bk-10454-RC**
     Name

**16.  Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

| Debtor | **Global Premier Regency Palms Palmdale, LP** | Case number *(if known)* | **9:23-bk-10454-RC** |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 16, 2023**
MM / DD / YYYY

X **/s/ Christine Hanna**
Signature of authorized representative of debtor

**Christine Hanna**
Printed name

Title    **Managing Member of the General Partner**

---

**18. Signature of attorney**

X **/s/ Garrick A. Hollander**
Signature of attorney for debtor

Date    **June 16, 2023**
MM / DD / YYYY

**Garrick A. Hollander**
Printed name

**Winthrop Golubow Hollander, LLP**
Firm name

**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone    **949-720-4100**    Email address    **ghollander@wghlawyers.com**

**166316 CA**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 5

**United States Bankruptcy Court**

**Central District of California**

In re: **Global Premier Regency Palms Palmdale, LP,** Debtor

Case No.    **9:23-bk-10454-RC**
Chapter    **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Christine Hanna, state that I am the Managing Member of the General Partner of Global Premier Regency Palms Palmdale, LP (the "Company"), the Debtor named herein, and that on June 2, 2023, the following resolution was duly adopted by this Company:

"WHEREAS, it is in the best interest of the Company to seek the protection under Chapter 11 of the Bankruptcy Code through the filing of a voluntary Chapter 11 petition for relief in the United States Bankruptcy Court for the Central District of California ("Bankruptcy Court");

NOW THEREFORE LET IT BE:

RESOLVED, that the Company be, and hereby is, authorized to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Bankruptcy Case") and that Christine Hanna, the Managing Member of the General Partner of Global Premier Regency Palms Palmdale, LP is further authorized to execute any and all documents and to do any and all acts and deeds necessary and proper to carry into effect the foregoing resolution;

RESOLVED FURTHER, that Christine Hanna, the Managing Member of the General Partner of Global Premier Regency Palms Palmdale, LP be, and hereby is, authorized to engage the law firm of Winthrop Golubow Hollander, LLP ("WGH"), as general insolvency counsel to the Company in connection with the filing of and conduct of the Bankruptcy Case and related matters in accordance with the terms and conditions of WGH's letter engagement agreement, dated May 30, 2023, with the Company;

RESOLVED FURTHER, that Christine Hanna, the Managing Member of the General Partner of Global Premier Regency Palms Palmdale, LP is hereby authorized and directed to execute and deliver any and all documents and to take such other action as it deems necessary, advisable, or appropriate to carry out the purposes and intent, but within the limitations, of the foregoing resolutions;

RESOLVED FURTHER, that any and all actions heretofore taken by the general partner of the Company within the terms of any of the foregoing resolutions are hereby ratified and confirmed as the acts and deeds of the Company."

Executed on:  June 16, 2023

**GLOBAL PREMIER REGENCY PALMS PALMDALE, LP a California limited partnership**

By:    GLOBAL PREMIER AMERICA #5, LLC, a California limited liability company, its General Partner

_____
Name: Christine Hanna
Its:  Managing Manager

000023

265563

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Global Premier Regency Palms Palmdale, LP** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **9:23-bk-10454-RC** |

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **June 16, 2023** | X | _(signature)_ |
|---|---|---|---|
| | | | Signature of individual signing on behalf of debtor |

**Christine Hanna**
Printed name

**Managing Member of the General Partner**
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Global Premier Regency Palms Palmdale, LP** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | **9:23-bk-10454-RC** |

☑ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **RCB Equities #7, LLC Brian Dror 5862 W. 3rd Street Los Angeles, CA 90036** | | **Mezzanine Loan** | | | | **$2,866,237.00** |
| **Urban Community Builders, LLC Maher Nawar 1900 Main Street, Suite 315 Irvine, CA 92614** | | **General Contractor** | | | | **$342,901.89** |
| **LOS ANGELES COUNTY TAX COLLECTOR PO Box 54018, Los Angeles, CA 90054 Los Angeles, CA 90054-0018** | | | | | | **$165,203.04** |
| **Red Pen Procurement, LLC Glen Parris 400 Glover Street SE Marietta, GA 30060** | **470-744-0192** | **Interior Design** | **Contingent** | | | **$90,825.55** |
| **Isco Machinery Accounts Payable 4796 West Sierra Hwy Acton, CA 93510** | **661-269-1477** | **Equipment Rental** | | | | **$84,966.99** |
| **Southern California Edison Accounts Payable P.O. Box 300 Rosemead, CA 91772** | **800-990-7788** | **Utilities** | | | | **$63,581.09** |

**000025**

| Debtor | Global Premier Regency Palms Palmdale, LP | | Case number *(if known)* | **9:23-bk-10454-RC** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Legacy Global Private Security, Inc**<br>**Emile Younan**<br>**8520 Woodley Ave**<br>**North Hills, CA 91343** | **818-891-6949** | **Security** | | | | **$54,481.34** |
| **Frame It**<br>**Accounts Payable**<br>**1420 North Daly Street**<br>**Anaheim, CA 92806** | **714-771-6941** | **Trade-Sub-Contractor** | **Contingent** | | | **$20,472.50** |
| **Salem Engineering Group, Inc.**<br>**Sammy Salem**<br>**4729 W. Jacquelyn Avenue**<br>**Fresno, CA 93722** | | **Engineering Services** | **Disputed** | | | **$18,000.00** |
| **Urban Community Builders, LLC**<br>**Maher Nawar**<br>**1900 Main Street, Suite 315**<br>**Irvine, CA 92614** | | **Note** | | | | **$16,388.44** |
| **GCW Consulting, LLC**<br>**Gary White**<br>**4206 Great Plains Drive NE**<br>**Salem, OR 97305** | | **Consulting Services** | | | | **$15,000.00** |
| **JTC USA Holdings, Inc.**<br>**Accounts Payable**<br>**99 Almaden Boulevard, ste 875**<br>**San Jose, CA 95113** | | **EB5 Funds Administrator** | | | | **$6,067.04** |
| **Palmdale Recycled Water Authority**<br>**Accounts Payable**<br>**2029 E Avenue Q**<br>**Palmdale, CA 93550** | | **Utility** | | | | **$971.89** |
| **Smart Accounting and Tax**<br>**Awtar Burmy**<br>**38930 Blacow Road, Ste C**<br>**Fremont, CA 94536** | | **Professional Services** | | | | **$800.00** |
| **ARC Document Solutions, LLC**<br>**Aileen Wilson**<br>**345 Clinton Street**<br>**Costa Mesa, CA 92626** | | **Trade** | | | | **$669.87** |

| Debtor | Global Premier Regency Palms Palmdale, LP | Case number *(if known)* | 9:23-bk-10454-RC |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Antelope Valley Air Quality Accounts Payable 43301 Division Street, ste 206 Lancaster, CA 93535 | | Renewal Permit | | | | $531.21 |
| The Gas Company Accounts Payable P.O. Box C Monterey Park, CA 91756 | | Utility | | | | $254.69 |
| OPC Services Kelly Dewitt 5000 Airport Plaza Drive, ste 250 Long Beach, CA 90815 | | Consulting Services | | | | $105.00 |

000027

# United States Bankruptcy Court
## Central District of California

In re __Global Premier Regency Palms Palmdale, LP__

Debtor(s)

Case No. __9:23-bk-10454-RC__

Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Global Premier America #5, LLC General Partner c/o Christine Hanna Reg. Agent 1900 Main Street Suite 315 Irvine, CA 92614** | **General Partner** | **25.05%** | **General Partner** |
| **Global Premier America #5, LLC Attn: Andrew Hanna 1900 Main Street Suite 315 Irvine, CA 92614** | | | |
| **Global Premier America, LLC c/o Christine Hanna Reg Agent 1900 Main Street Suite 315 Irvine, CA 92614** | **Limited Partners** | **5.25%** | **Partnership Unit** |
| **Global Premier Regency Palms Palmdale, LP 1900 Main Street Suite 315 Irvine, CA 92614** | | | |
| **Limited Partner c/o Global Premier America, LLC dba Global Premier America Reg Ctr 1900 Main Street Suite 315 Irvine, CA 92614** | **Limited Partners** | **69.7%** | **Partnership Unit** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member of the General Partner** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __June 16, 2023__

Signature
SEE ATTACHED SIGNATURE PAGE
__/s/ Christine Hanna__
**Christine Hanna**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Central District of California

In re  __Global Premier Regency Palms Palmdale, LP__

Case No. __9:23-bk-10454-RC__

Debtor(s)

Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS
## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the **Managing Member of the General Partner** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 16, 2023**

Signature

Christine Hanna

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **NONE**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **Global Premier Regency Palms Oxnard, LP - 9:22-bk-10626-RC - Filed 08/16/2022**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **NONE**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **NONE**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___**Irvine**_____ , California.

Date: ___**June 16, 2023**_____

**Christine Hanna**
Signature of Debtor 1

_____
Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                         *Page 1*                  **F 1015-2.1.STMT.RELATED.CASES**
000030

| Fill in this information to identify the case: |
|---|
| Debtor name **Global Premier Regency Palms Palmdale, LP** |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) **9:23-bk-10454-RC** |

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................    $    **30,400,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................    $    **1,594,229.92**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................    $    **31,994,229.92**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **21,666,169.06**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    **165,203.04**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    **4,257,266.44**

4.    Total liabilities .........................................................................................................
    Lines 2 + 3a + 3b    $    **26,088,638.54**

**Fill in this information to identify the case:**

Debtor name   **Global Premier Regency Palms Palmdale, LP**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **9:23-bk-10454-RC**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.   **Cash on hand** | **$0.00** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Nano Bank** | **Checking** | **6678** | **$0.00** |
| 3.2. | **Flagstar Bank - These funds represent eb5 capital contributions that have not yet been released to and for the benefit of the debtor.** | **Escrow Account** | **0554** | * **$750,113.11** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$750,113.11** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Southern California Edison - Utility Deposit Surety Bond** | **$24,505.00** |
|---|---|---|

*These funds represent eb5 capital contributions that have not yet been released to and for the benefit of the debtor.

000032

| Debtor | **Global Premier Regency Palms Palmdale, LP** | Case number *(If known)* | **9:23-bk-10454-RC** |
|---|---|---|---|
| | Name | | |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**

| | $24,505.00 |
|---|---|

Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:          % of ownership | | |
| 15.1. | **Subsidiary - Global Regency Pamdale Senior Care Services, LLC, a California limited liability company**          **100%**   % | | **Unknown** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**

| | $0.00 |
|---|---|

Add lines 14 through 16.  Copy the total to line 83.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

| Debtor | **Global Premier Regency Palms Palmdale, LP** | Case number *(If known)* **9:23-bk-10454-RC** |
|---|---|---|

Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Kitchen Equipment, Furniture, Furnishings and Fixtures** | **Unknown** | **Cost** | **$819,611.81** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.   **$819,611.81**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **38722 Orchid View Pl, Palmdale, CA 93550** | **Fee Simple** | **$0.00** | **Appraisal** | **$30,400,000.00** |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.   **$30,400,000.00**

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 3

| Debtor | **Global Premier Regency Palms Palmdale, LP** | Case number *(If known)* | **9:23-bk-10454-RC** |
|---|---|---|---|
| | Name | | |

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

Part 10:    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

Part 11:    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

Debtor    **Global Premier Regency Palms Palmdale, LP**    Case number *(If known)*    **9:23-bk-10454-RC**
　　　　Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $750,113.11 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $24,505.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $819,611.81 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...................................................................> | | $30,400,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,594,229.92 | + 91b. $30,400,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $31,994,229.92 |

**Fill in this information to identify the case:**

Debtor name **Global Premier Regency Palms Palmdale, LP**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **9:23-bk-10454-RC**

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  California Fencing, Inc.**<br>Creditor's Name<br>**Jared Queen**<br>**41918 Firenze Street**<br>**Lancaster, CA 93536**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**38722 Orchid View Pl, Palmdale, CA 93550** | **$66,980.00** | **$30,400,000.00** |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**
**Mechanics lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Shaughnessy Capital, LLC**
**2. Value Painting, Inc.**
**3. Pacific Western Millworks**
**4. Wenmar, Inc.**
**5. Gall Brothers General Engineering**
**6. Walker Window**
**7. Christianbelle Electric**
**8. California Fencing, Inc.**
**9. LM Brothers & Associates, Inc.**
**10. High Desert Contractors, Inc.**
**11. iBorrow REIT, LP**
**12. RCB Equities #7, LLC**

| | | | |
|---|---|---|---|
| **2.2  Christianbelle Electric** | **Describe debtor's property that is subject to a lien** | **$150,241.00** | **$30,400,000.00** |

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 6

| Debtor | Global Premier Regency Palms Palmdale, LP | Case number (if known) | 9:23-bk-10454-RC |
|---|---|---|---|
| | Name | | |

**Creditor's Name**
**David Placenia**
**11580 I Ave**
**Hesperia, CA 92345**

Creditor's mailing address

38722 Orchid View Pl, Palmdale, CA 93550

**Describe the lien**
**Mechanics lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.3 | **Gall Brothers General Engineering** | | **$196,000.00** | **$30,400,000.00** |
|---|---|---|---|---|

Creditor's Name
**Wayne Gall**
**25 W Rolling Oaks Dr Suite 202**
**Westlake Village, CA 91361**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**38722 Orchid View Pl, Palmdale, CA 93550**

**Describe the lien**
**Mechanics lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.4 | **High Desert Contractors, Inc.** | | **$252,615.42** | **$30,400,000.00** |
|---|---|---|---|---|

Creditor's Name
**Dave Bradley**
**PO Box 6890**
**Lancaster, CA 93539**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**38722 Orchid View Pl, Palmdale, CA 93550**

**Describe the lien**
**Mechanics lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 6

| Debtor | Global Premier Regency Palms Palmdale, LP | Case number (if known) | 9:23-bk-10454-RC |
|---|---|---|---|
| | Name | | |

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5 iBorrow REIT, LP** — Creditor's Name

Describe debtor's property that is subject to a lien
**38722 Orchid View Pl, Palmdale, CA 93550**   $0.00   $30,400,000.00

**Attn: Corp Officer
12100 Wilshire Blvd Suite 510
Los Angeles, CA 90025**
Creditor's mailing address

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred
11/14/2019**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.6 LM Brothers & Associates, Inc.** — Creditor's Name

Describe debtor's property that is subject to a lien
**38722 Orchid View Pl, Palmdale, CA 93550**   $26,420.00   $30,400,000.00

**Juan Loera
10231 E Avenue R
Littlerock, CA 93543**
Creditor's mailing address

Describe the lien
**Mechanics Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7 Pacific Western Millworks**

Describe debtor's property that is subject to a lien   $18,000.00   $30,400,000.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 6

| Debtor | **Global Premier Regency Palms Palmdale, LP** | | Case number (if known) | **9:23-bk-10454-RC** |
|---|---|---|---|---|
| | Name | | | |

| | |
|---|---|
| Creditor's Name<br>**Ryan Johnson**<br>**42332 1/2 10th Street West**<br>**Lancaster, CA 93534** | **38722 Orchid View Pl, Palmdale, CA 93550** |
| Creditor's mailing address | **Describe the lien**<br>**Mechanics lien** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| 2.8 | **RCB Equities #7, LLC** | Describe debtor's property that is subject to a lien<br>**38722 Orchid View Pl, Palmdale, CA 93550** | **$2,866,237.00** | **$30,400,000.00** |
|---|---|---|---|---|
| | Creditor's Name<br>**5967 W 3rd St Suite 102**<br>**Los Angeles, CA 90036** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**UCC-1** | | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred**<br>**05/22/2020**<br>**Last 4 digits of account number** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.9 | **Shaughnessy Capital, LLC** | Describe debtor's property that is subject to a lien<br>**38722 Orchid View Pl, Palmdale, CA 93550** | **$18,000,000.00** | **$30,400,000.00** |
|---|---|---|---|---|
| | Creditor's Name<br>**Bastian Rose**<br>**333 Mamaroneck Ave. Suite 291**<br>**White Plains, NY 10605** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**UCC-1** | | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred**<br>**11/05/2021**<br>**Last 4 digits of account number** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 6

| Debtor | **Global Premier Regency Palms Palmdale, LP** | Case number (if known) | **9:23-bk-10454-RC** |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Contingent |
| **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 0**  **Value Painting, Inc.**

Creditor's Name

**Walfred Roca**
**2051 Royal Ave.**
**Simi Valley, CA 93065**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**38722 Orchid View Pl, Palmdale, CA 93550**

Describe the lien
**Mechanics lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$53,150.00    $30,400,000.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Contingent |
| **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 1**  **Walker Window**

Creditor's Name

**Troy Jenkins**
**1210 N. Kraemer Blvd.**
**Anaheim, CA 92806**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**38722 Orchid View Pl, Palmdale, CA 93550**

Describe the lien
**Mechanics lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$9,117.64    $30,400,000.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Contingent |
| **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 2**  **Wenmar, Inc.**    Describe debtor's property that is subject to a lien    $27,408.00    $30,400,000.00

---

| Debtor | **Global Premier Regency Palms Palmdale, LP** | Case number (if known) | **9:23-bk-10454-RC** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**dba Resource 4 Signs
Angela Darling
9132 Jordan Ave.
Chatsworth, CA 91311**

Creditor's mailing address

38722 Orchid View Pl, Palmdale, CA 93550

**Describe the lien**

**Mechanics lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$21,666,169. 06**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Law Office of James A. Flanagan
James A. Flanagan, Esq.
1950 Corporate Way
Anaheim, CA 92801** | Line **2.9** | |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 6 of 6

**000042**

**Fill in this information to identify the case:**

Debtor name    **Global Premier Regency Palms Palmdale, LP**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **9:23-bk-10454-RC**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**LOS ANGELES COUNTY TAX COLLECTOR**<br>**PO Box 54018, Los Angeles, CA 90054**<br>**Los Angeles, CA 90054-0018**<br>Date or dates debt was incurred | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: | **$165,203.04** | **$165,203.04** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Able Iron Works**<br>**Steve Holmes**<br>**222 Hershey St.**<br>**Pomona, CA 91767**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **For Notice Purpose Only**<br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Acuna Drywall**<br>**Pablo Rodriguez**<br>**2710 E Norberry St**<br>**Lancaster, CA 93505**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **For Notice Purposes Only**<br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |

| Debtor | Global Premier Regency Palms Palmdale, LP | Case number (if known) | 9:23-bk-10454-RC |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AIM Services, Inc.**
**Michael Twitchell**
**2675 Junipero Street Suite 100**
**Signal Hill, CA 90755**

☐ Contingent (filled)
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notices Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alta Finish & Stair Inc.**
**Victor Martinez**
**12625 Frederick Street #15290**
**Moreno Valley, CA 92553**

☐ Contingent (filled)
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $531.21 |
|---|---|---|---|

**Antelope Valley Air Quality**
**Accounts Payable**
**43301 Division Street, ste 206**
**Lancaster, CA 93535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Renewal Permit**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $669.87 |
|---|---|---|---|

**ARC Document Solutions, LLC**
**Aileen Wilson**
**345 Clinton Street**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bacco Mechanical, Inc.**
**Jeff McGowan**
**42913 Capital Dr., Suite 109**
**Lancaster, CA 93535**

☐ Contingent (filled)
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notices Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brotherlee, Inc.**
**Gunner Lee**
**23683 Cork Oak Circle**
**Murrieta, CA 92562**

☐ Contingent (filled)
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notices Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cal-State Site Services**
**John Micheals**
**4518 Industrial Street**
**Simi Valley, CA 93063**

☐ Contingent (filled)
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | Global Premier Regency Palms Palmdale, LP | Case number *(if known)* | 9:23-bk-10454-RC |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Capitol Carpet Company Inc.**
Jay Saracyan
14250 Ventura Blvd.
Sherman Oaks, CA 91423

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For Notices Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66,153.93 |
|---|---|---|---|

**Christine Hanna**
Christine Hanna
1900 Main Street, ste 315
Irvine, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |
|---|---|---|---|

**Clear Vision Consultants, Inc**
Magdy Hanna
8 Hilltop
Irvine, CA 92603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consulting Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elite Sheet Metal and Rain Gutter Compan**
Vince Parillo
P.O. Box 635
Lake Hughes, CA 93532

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,472.50 |
|---|---|---|---|

**Frame It**
Accounts Payable
1420 North Daly Street
Anaheim, CA 92806

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade-Sub-Contractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**GCW Consulting, LLC**
Gary White
4206 Great Plains Drive NE
Salem, OR 97305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,394.56 |
|---|---|---|---|

**Global Bancorp, Inc.**
c/o Nina Hanna (Reg Agent)
1900 Main Street Suite 315
Irvine, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Global Premier Regency Palms Palmdale, LP** | Case number (if known) | **9:23-bk-10454-RC** |
|---|---|---|---|

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $395,867.63 |
|---|---|---|---|

**Global Premier America, LLC**
**c/o Christine Hanna**
**1900 Main Street Suite 315**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Note**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gyp-Fill Enterprise**
**Ian Arellano**
**15340 Cabrito Rd.**
**Van Nuys, CA 91406**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **For Notices Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Heritage Window Coverings**
**Dean Butler**
**17902 Georgetown Lane**
**Hunington Beach, CA 92647**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Independent Masonry Corporation**
**Patricia Arce**
**12155 Magnolia Ave.**
**Riverside, CA 92503**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **For Notices Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Insulation Labs**
**John Haro**
**7023 Valjean Ave**
**Van Nuys, CA 91406**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **For Notices Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84,966.99 |
|---|---|---|---|

**Isco Machinery**
**Accounts Payable**
**4796 West Sierra Hwy**
**Acton, CA 93510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade-Sub-Contractor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**J&S Construction Clean Up, Inc.**
**Carolina Alvarez**
**12881 Knott St. Suite 118**
**Garden Grove, CA 92841**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Global Premier Regency Palms Palmdale, LP | Case number *(if known)* | 9:23-bk-10454-RC |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,067.04** |
|---|---|---|---|

**JTC USA Holdings, Inc.**
**Accounts Payable**
**99 Almaden Boulevard, ste 875**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EB5 Funds Administrator**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kone, Inc**
**Jeffrey Blum**
**11165 Knott Ave. Suite B**
**Cypress, CA 90630**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**L2 Specialties**
**Carole Rupier**
**3613 W. MacArthur Blvd Suite 611**
**Santa Ana, CA 92704**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For Notices Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,481.34** |
|---|---|---|---|

**Legacy Global Private Security, Inc**
**Emile Younan**
**8520 Woodley Ave**
**North Hills, CA 91343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade - Sub-Contractor**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**M - United Plastering Inc.**
**Genoveva Ruiz**
**5541 1/2 Pedley Rd.**
**Riverside, CA 92509**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110,943.06** |
|---|---|---|---|

**Magdy Hanna**
**1900 Main Street Suite 315**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Milestone Retirement**
**Communities, LLC**
**Paul Dendy**
**12500 SE 2nd Circle, Suite 205**
**Vancouver, WA 98684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Global Premier Regency Palms Palmdale, LP | Case number *(if known)* | 9:23-bk-10454-RC |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,652.76 |
|---|---|---|---|

**National Affordable Communities, Inc**
Attn: Christine Hanna
1900 Main Street Suite 315
Irvine, CA 92614

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 |
|---|---|---|---|

**OPC Services**
Kelly Dewitt
5000 Airport Plaza Drive, ste 250
Long Beach, CA 90815

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OPSEC Specialized Protection, Inc**
Accounts Payable
44262 N Division St #A
Lancaster, CA 93535

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Palmdale Glass & Mirror Co.**
Sherri Annoreno
608 East Rancho Vista Blvd.
Palmdale, CA 93550

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notices Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $971.89 |
|---|---|---|---|

**Palmdale Recycled Water Authority**
Accounts Payable
2029 E Avenue Q
Palmdale, CA 93550

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Precision Fire Protection**
Sandy Soto
PO Box 5494
Ventura, CA 93003

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Quality Surveying Inc.**
Summer Fisher
220 East Avenue K-4, Suite 2
Lancaster, CA 93535

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Global Premier Regency Palms Palmdale, LP | Case number (if known) | 9:23-bk-10454-RC |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,866,237.00 |
|---|---|---|---|
| | **RCB Equities #7, LLC**<br>**Brian Dror**<br>**5862 W. 3rd Street**<br>**Los Angeles, CA 90036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,825.55 |
|---|---|---|---|
| | **Red Pen Procurement, LLC**<br>**Glen Parris**<br>**400 Glover Street SE**<br>**Marietta, GA 30060** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade-Sub-Contractor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **RedRock Technologies, Inc**<br>**Marileina Calma**<br>**15215 Alton Pkwy Suite 200**<br>**Irvine, CA 92618** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __For Notice Purposes Only__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **RentAFence.com**<br>**Accounts Payable**<br>**P. O. Box 1417**<br>**Hollister, CA 95024** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __For Notice Purposes Only__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Residential Design Services**<br>**Gina Kubo**<br>**4900 E. Hunter Avenue**<br>**Anaheim, CA 92807** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __For Notice Purposes Only__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Resource 4 Signs**<br>**Krystal DeBiasio**<br>**9132 Jordan Ave.**<br>**Chatsworth, CA 91311** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __For Notice Purposes Only__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|---|---|---|---|
| | **Salem Engineering Group, Inc.**<br>**Sammy Salem**<br>**4729 W. Jacquelyn Avenue**<br>**Fresno, CA 93722** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Engineering Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Global Premier Regency Palms Palmdale, LP** | Case number (if known) | **9:23-bk-10454-RC** |
|---|---|---|---|
| | Name | | |

**3.45**

Nonpriority creditor's name and mailing address

**Smart Accounting and Tax**
**Awtar Burmy**
**38930 Blacow Road, Ste C**
**Fremont, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ☒ No ☐ Yes

**$800.00**

---

**3.46**

Nonpriority creditor's name and mailing address

**Southern California Edison**
**Accounts Payable**
**P.O. Box 300**
**Rosemead, CA 91772**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ☒ No ☐ Yes

**$63,581.09**

---

**3.47**

Nonpriority creditor's name and mailing address

**Spectrum Business**
**Accounts Payable**
**PO BOX 60074**
**City of Industry, CA 91716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.48**

Nonpriority creditor's name and mailing address

**The Gas Company**
**Accounts Payable**
**P.O. Box C**
**Monterey Park, CA 91756**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ☒ No ☐ Yes

**$254.69**

---

**3.49**

Nonpriority creditor's name and mailing address

**TriMark Raygal, LLC**
**Nikki Shishido**
**210 Commerce**
**Irvine, CA 92602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notices Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.50**

Nonpriority creditor's name and mailing address

**Urban Community Builders, LLC**
**Maher Nawar**
**1900 Main Street, Suite 315**
**Irvine, CA 92614**

Date(s) debt was incurred  **06/05/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ☒ No ☐ Yes

**$16,388.44**

---

**3.51**

Nonpriority creditor's name and mailing address

**Urban Community Builders, LLC**
**Maher Nawar**
**1900 Main Street, Suite 315**
**Irvine, CA 92614**

Date(s) debt was incurred  **06/05/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **General Contractor - Sub-Contractor Contracts**

Is the claim subject to offset? ☒ No ☐ Yes

**$342,901.89**

---

| Debtor | **Global Premier Regency Palms Palmdale, LP** | Case number *(if known)* | **9:23-bk-10454-RC** |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**US Smoke & Fire**
**Theresa Lara**
**12310 Pinecrest Rd Suite 300**
**Reston, VA 20191**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Villascape Landscape Contractor**
**Jairo Villa**
**9865 E Avenue Q4**
**Palmdale, CA 93591**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notices Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **LA County Tax Collector**<br>**Regional Office**<br>**500 W. Temple Street, RM 180**<br>**Los Angeles, CA 90012** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Law Office of James A. Flanagan**<br>**James A. Flanagan, Esq.**<br>**1950 Corporate Way**<br>**Anaheim, CA 92801** | Line **3.50**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 165,203.04 |
| 5b. Total claims from Part 2 | 5b. + $ | 4,257,266.44 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 4,422,469.48 |

**Fill in this information to identify the case:**

Debtor name     **Global Premier Regency Palms Palmdale, LP**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **9:23-bk-10454-RC**

☐ Check if this is an
     amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **EB-5 Fund Administration Services Agreement** | **NESF Fund Services Corp. c/o NES Financial Corp. Attn: Kelly E. Alton 50 W. San Fernando St Suite 300 San Jose, CA 95113** |
| | State the term remaining | **05/08/2018** | |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Easement Acquisition Proposal** | **Overland, Pacific & Cutler 3750 Schaufele Ave. Suite 150 Long Beach, CA 90808** |
| | State the term remaining | **05/07/2019 -** | |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Monthly Recycled Water Construction Meter** | **Palmdale Recycled Water Authority c/o 2029 E Avenue Q Palmdale, CA 93550** |
| | State the term remaining | **07/08/2021 - Present** | |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement - June 5, 2010 - August 3, 2024** | **Urban Community Builders, LLC Maher Nawar 1900 Main Street, Suite 315 Irvine, CA 92614** |
| | State the term remaining | **13.5 months** | |
| | List the contract number of any government contract | | |

| Debtor 1 | **Global Premier Regency Palms Palmdale, LP** | | Case number *(if known)* | **9:23-bk-10454-RC** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Interior Design Agreement** | |
| | State the term remaining | **04/16/2018** | **WDA, Inc. dba Warner Design Assoc aka - Red Pen Procurement Attn: Mark Warner 1510 Fashion Island Blvd Suite 240 San Mateo, CA 94404** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  **Global Premier Regency Palms Palmdale, LP**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **9:23-bk-10454-RC**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Official Form 206H                    Schedule H: Your Codebtors                    Page 1 of 1

**Fill in this information to identify the case:**

Debtor name    **Global Premier Regency Palms Palmdale, LP**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **9:23-bk-10454-RC**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- | --- |
   | 3.1. | **Southern California Edison<br>Attn: Accounts Payable<br>PO Box 300<br>Rosemead, CA 91772** | 03/16/2023 | $12,085.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
   | 3.2. | **The Gas Company<br>Attn: Accounts Payable<br>PO Box C<br>Monterey Park, CA 91756** | 05/08/2023 | $1,230.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Global Premier Regency Palms Palmdale, LP | Case number *(if known)* 9:23-bk-10454-RC |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Global Premier America, LLC**<br>**c/o Christine Hanna**<br>**1900 Main Street Suite 315**<br>**Irvine, CA 92603**<br>**Affiliate of General Partner** | 12/27/2022 | $179,000.00 | **Repayment on Note** |
| 4.2. **Global Premier Development, Inc.**<br>**Attn: Andrew Hanna**<br>**1900 Main Street Suite 315**<br>**Irvine, CA 92603**<br>**Affiliate of General Partner** | 05/11/2022 | $50,000.00 | **Repayment on Note** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **RCB Equities #7, LLC vs. Desert Senior Associates II, LLC et al.**<br>**2023CUBC007183** | **Loan Default - Breach of Written Contract etc.** | **Ventura Superior Court - Hall of Justice**<br>**800 South Victoria Ave.**<br>**Dpt 22B**<br>**Ventura, CA 93009** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | Global Premier Regency Palms Palmdale, LP | | Case number *(if known)* 9:23-bk-10454-RC |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Value Painting Inc., a California corporation, vs. Urban Community Builders, LLC a limited liability company, GLOBAL PREMIER REGENCY PALMS PALMDALE, LP, a limited partnership and DOES 1 through 100, inclusive 23AVCV00088** | **Breach of Contract; Common Count (Agreed Sum); Common Count (Quantum Meruit); Foreclosure of Mechanic's Lien** | **Superior Court of California Michael Antonovich Antelope Valley Courthouse 42011 4th St. Lancaster, CA 93534** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Salem Engineering Group, Inc. vs. Global Premier Regency Palms et al. 23CECG02158** | **Breach of Oral Contract; Written Contract; Account Stated; Open Book; Quantum Meruit** | **Superior Court of CA, County of Fresno Civil Unlimited Dpt, Central Division 1130 "O" Street Fresno, CA 93724-0002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

### Part 4:    Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

### Part 5:    Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| Debtor | **Global Premier Regency Palms Palmdale, LP** | Case number *(if known)* **9:23-bk-10454-RC** |
|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Winthrop Golubow Hollander, LLP**<br>**1301 Dove Street**<br>**Suite 500**<br>**Newport Beach, CA 92660** | | **06/02/2023** | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**LK Asset Advisors, LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2010 Main Street Suite 1250**<br>**Irvine, CA 92614** | **2007-2022** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

| Debtor | Global Premier Regency Palms Palmdale, LP | Case number (if known) | 9:23-bk-10454-RC |
|---|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

| Debtor | Global Premier Regency Palms Palmdale, LP | Case number (if known) 9:23-bk-10454-RC |
|---|---|---|

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Global Regency Palmdale Senior Care Services, LLC**<br>**1900 Main Street, Suite 315**<br>**Irvine, CA 92614** | | EIN:  **84-3912122**<br><br>From-To  **05/31/2019 - Present** |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Scott Oaks**<br>**1900 Main Street Suite 315**<br>**Irvine, CA 92614** | **2014- Present** |
| 26a.2.  **Dora Vega**<br>**1900 Main Street Suite 315**<br>**Irvine, CA 92614** | **2014 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

| Debtor | Global Premier Regency Palms Palmdale, LP | Case number *(if known)* 9:23-bk-10454-RC |
|---|---|---|

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Scott Oaks**<br>**1900 Main Street Suite 315**<br>**Irvine, CA 92614** | |
| 26c.2. **Dora Vega**<br>**1900 Main Street Suite 315**<br>**Irvine, CA 92614** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Shaughnessy Capital, LLC**<br>**333 Mamaroneck Ave #291**<br>**White Plains, NY 10605** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Christine Hanna** | **1900 Main Street Suite 315 Irvine, CA 92614** | **Managing Member of General Partner** | **13.27%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Andrew Hanna** | **1900 Main Street Suite 315 Irvine, CA 92614** | **Managing Member of General Partner** | **13.27%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Global Premier America #5, LLC** | **1900 Main Street, Suite 315 Irvine, CA 92614** | **General Partner** | **25.05%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

| Debtor | Global Premier Regency Palms Palmdale, LP | Case number *(if known)* 9:23-bk-10454-RC |
|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 16, 2023___        SEE ATTACHED SIGNATURE PAGE

| /s/ Christine Hanna | Christine Hanna |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **Managing Member of the General Partner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

| Fill in this information to identify the case: |
| --- |

Debtor name **Global Premier Regency Palms Palmdale, LP**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **9:23-bk-10454-RC**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  June 16, 2023

_____
Signature of individual signing on behalf of the debtor

**Christine Hanna**
Printed name

Position or relationship to debtor    **Managing Member of the General Partner**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re __Global Premier Regency Palms Palmdale, LP__                    Case No.    __9:23-bk-10454-RC__
                                                    Debtor(s)        Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................        $ _____50,000.00

    Prior to the filing of this statement I have received * .....................        $ _____50,000.00

    Balance Due ......................................................................        $ _____0.00

2.  $__1,738.00__ of the filing fee has been paid.    **\*The Firm received $48,000 for legal services, and $2,000 for costs.**

3.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    **LK Asset Advisors, LLC**

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__June 16, 2023__                        __/s/ Garrick A. Hollander__
*Date*                                **Garrick A. Hollander**
                                    *Signature of Attorney*
                                    **Winthrop Golubow Hollander, LLP**
                                    **1301 Dove Street, Suite 500**
                                    **Newport Beach, CA 92660**
                                    **949-720-4100  Fax: 949-720-4111**
                                    **ghollander@wghlawyers.com**
                                    *Name of law firm*

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Garrick A. Hollander**<br>**1301 Dove Street, Suite 500**<br>**Newport Beach, CA 92660**<br>**949-720-4100 Fax: 949-720-4111**<br>California State Bar Number: **166316 CA**<br>ghollander@wghlawyers.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Global Premier Regency Palms Palmdale, LP**<br><br><br><br>Debtor(s). | CASE NO.: **9:23-bk-10454-RC**<br>CHAPTER: **11**<br><br>AMENDED<br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __11__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **June 16, 2023** _____

_____
Signature of Debtor 1

Date:  _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **June 16, 2023** _____

/s/ Garrick A. Hollander
_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                       **F 1007-1.MAILING.LIST.VERIFICATION**

Global Premier Regency Palms Palmdale, LP
1900 Main Street, Suite 315
Irvine, CA 92614


Garrick A. Hollander
Winthrop Golubow Hollander, LLP
1301 Dove Street, Suite 500
Newport Beach, CA 92660


Able Iron Works
Steve Holmes
222 Hershey St.
Pomona, CA 91767


Acuna Drywall
Pablo Rodriguez
2710 E Norberry St
Lancaster, CA 93505


AIM Services, Inc.
Michael Twitchell
2675 Junipero Street Suite 100
Signal Hill, CA 90755


Alta Finish & Stair Inc.
Victor Martinez
12625 Frederick Street #15290
Moreno Valley, CA 92553


Antelope Valley Air Quality
Accounts Payable
43301 Division Street, ste 206
Lancaster, CA 93535


ARC Document Solutions, LLC
Aileen Wilson
345 Clinton Street
Costa Mesa, CA 92626

Bacco Mechanical, Inc.
Jeff McGowan
42913 Capital Dr., Suite 109
Lancaster, CA 93535


Brotherlee, Inc.
Gunner Lee
23683 Cork Oak Circle
Murrieta, CA 92562


Cal-State Site Services
John Micheals
4518 Industrial Street
Simi Valley, CA 93063


California Dept of Tax and Free Adm
PO Box 942879
Sacramento, CA 94279-0001


California Fencing, Inc.
Jared Queen
41918 Firenze Street
Lancaster, CA 93536


Capitol Carpet Company Inc.
Jay Saracyan
14250 Ventura Blvd.
Sherman Oaks, CA 91423


Christianbelle Electric
David Placenia
11580 I Ave
Hesperia, CA 92345


Christine Hanna
Christine Hanna
1900 Main Street, ste 315
Irvine, CA 92614

Clear Vision Consultants, Inc
Magdy Hanna
8 Hilltop
Irvine, CA 92603

Elite Sheet Metal and Rain Gutter Compan
Vince Parillo
P.O. Box 635
Lake Hughes, CA 93532

Employment Dev. Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Frame It
Accounts Payable
1420 North Daly Street
Anaheim, CA 92806

Franchise Tax Board Bankruptcy Sect
MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board Chief Counsel
c/o General Counsel Section
PO Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720

Gall Brothers General Engineering
Wayne Gall
25 W Rolling Oaks Dr Suite 202
Westlake Village, CA 91361

GCW Consulting, LLC
Gary White
4206 Great Plains Drive NE
Salem, OR 97305

Global Bancorp, Inc.
c/o Nina Hanna (Reg Agent)
1900 Main Street Suite 315
Irvine, CA 92614


Global Premier America, LLC
c/o Christine Hanna
1900 Main Street Suite 315
Irvine, CA 92614


Gyp-Fill Enterprise
Ian Arellano
15340 Cabrito Rd.
Van Nuys, CA 91406


Heritage Window Coverings
Dean Butler
17902 Georgetown Lane
Hunington Beach, CA 92647


High Desert Contractors, Inc.
Dave Bradley
PO Box 6890
Lancaster, CA 93539


iBorrow REIT, LP
Attn: Corp Officer
12100 Wilshire Blvd Suite 510
Los Angeles, CA 90025


Independent Masonry Corporation
Patricia Arce
12155 Magnolia Ave.
Riverside, CA 92503


Insulation Labs
John Haro
7023 Valjean Ave
Van Nuys, CA 91406

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Isco Machinery
Accounts Payable
4796 West Sierra Hwy
Acton, CA 93510


J&S Construction Clean Up, Inc.
Carolina Alvarez
12881 Knott St. Suite 118
Garden Grove, CA 92841


JTC USA Holdings, Inc.
Accounts Payable
99 Almaden Boulevard, ste 875
San Jose, CA 95113


Kone, Inc
Jeffrey Blum
11165 Knott Ave. Suite B
Cypress, CA 90630


L2 Specialties
Carole Rupiper
3613 W. MacArthur Blvd Suite 611
Santa Ana, CA 92704


LA County Tax Collector
Regional Office
500 W. Temple Street, RM 180
Los Angeles, CA 90012


Law Office of James A. Flanagan
James A. Flanagan, Esq.
1950 Corporate Way
Anaheim, CA 92801

Legacy Global Private Security, Inc
Emile Younan
8520 Woodley Ave
North Hills, CA 91343


LM Brothers & Associates, Inc.
Juan Loera
10231 E Avenue R
Littlerock, CA 93543


LOS ANGELES COUNTY TAX COLLECTOR
PO Box 54018, Los Angeles, CA 90054
Los Angeles, CA 90054-0018


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110


M - United Plastering Inc.
Genoveva Ruiz
5541 1/2 Pedley Rd.
Riverside, CA 92509


Magdy Hanna
1900 Main Street Suite 315
Irvine, CA 92614


Milestone Retirement
Communities, LLC
Paul Dendy
12500 SE 2nd Circle, Suite 205
Vancouver, WA 98684


National Affordable
Communities, Inc
Attn: Christine Hanna
1900 Main Street Suite 315
Irvine, CA 92614

NESF Fund Services Corp.
c/o NES Financial Corp.
Attn: Kelly E. Alton
50 W. San Fernando St Suite 300
San Jose, CA 95113


OPC Services
Kelly Dewitt
5000 Airport Plaza Drive, ste 250
Long Beach, CA 90815


OPSEC Specialized Protection, Inc
Accounts Payable
44262 N Division St #A
Lancaster, CA 93535


Overland, Pacific & Cutler
3750 Schaufele Ave. Suite 150
Long Beach, CA 90808


Pacific Western Millworks
Ryan Johnson
42332 1/2 10th Street West
Lancaster, CA 93534


Palmdale Glass & Mirror Co.
Sherri Annoreno
608 East Rancho Vista Blvd.
Palmdale, CA 93550


Palmdale Recycled Water Authority
Accounts Payable
2029 E Avenue Q
Palmdale, CA 93550


Palmdale Recycled Water Authority
c/o 2029 E Avenue Q
Palmdale, CA 93550

Precision Fire Protection
Sandy Soto
PO Box 5494
Ventura, CA 93003


Quality Surveying Inc.
Summer Fisher
220 East Avenue K-4, Suite 2
Lancaster, CA 93535


RCB Equities #7, LLC
Brian Dror
5862 W. 3rd Street
Los Angeles, CA 90036


RCB Equities #7, LLC
5967 W 3rd St Suite 102
Los Angeles, CA 90036


Red Pen Procurement, LLC
Glen Parris
400 Glover Street SE
Marietta, GA 30060


RedRock Technologies, Inc
Marileina Calma
15215 Alton Pkwy Suite 200
Irvine, CA 92618


RentAFence.com
Accounts Payable
P. O. Box 1417
Hollister, CA 95024


Residential Design Services
Gina Kubo
4900 E. Hunter Avenue
Anaheim, CA 92807

Resource 4 Signs
Krystal DeBiasio
9132 Jordan Ave.
Chatsworth, CA 91311


Salem Engineering Group, Inc.
Sammy Salem
4729 W. Jacquelyn Avenue
Fresno, CA 93722


Securities & Exchange Commission
Attn:  Bankruptcy Counsel
444 South Flower St., #900
Los Angeles, CA 90071-9591


Shaughnessy Capital, LLC
Bastian Rose
333 Mamaroneck Ave. Suite 291
White Plains, NY 10605


Smart Accounting and Tax
Awtar Burmy
38930 Blacow Road, Ste C
Fremont, CA 94536


Southern California Edison
Accounts Payable
P.O. Box 300
Rosemead, CA 91772


Spectrum Business
Accounts Payable
PO BOX 60074
City of Industry, CA 91716


The Gas Company
Accounts Payable
P.O. Box C
Monterey Park, CA 91756

TriMark Raygal, LLC
Nikki Shishido
210 Commerce
Irvine, CA 92602


United States Trustee (LA)
915 Wilshire Blvd., #1850
Los Angeles, CA 90017


Urban Community Builders, LLC
Maher Nawar
1900 Main Street, Suite 315
Irvine, CA 92614


US Smoke & Fire
Theresa Lara
12310 Pinecrest Rd Suite 300
Reston, VA 20191


Value Painting, Inc.
Walfred Roca
2051 Royal Ave.
Simi Valley, CA 93065


Villascape Landscape Contractor
Jairo Villa
9865 E Avenue Q4
Palmdale, CA 93591


Walker Window
Troy Jenkins
1210 N. Kraemer Blvd.
Anaheim, CA 92806


WDA, Inc. dba Warner Design Assoc
aka - Red Pen Procurement
Attn: Mark Warner
1510 Fashion Island Blvd Suite 240
San Mateo, CA 94404

Wenmar, Inc.
dba Resource 4 Signs
Angela Darling
9132 Jordan Ave.
Chatsworth, CA 91311

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): **UNITED STATES TRUSTEE'S NOTICE OF MOTION AND MOTION UNDER 11 U.S.C. § 1112(b) TO DISMISS OR, IN THE ALTERNATIVE, TO CONVERT CASE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MARIA D. MARQUEZ IN SUPPORT THEREOF,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **4/16/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **4/16/2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **N/A**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/16/2025 | Veronica M. Hernandez | /s/  Veronica M. Hernandez |
|-----------|----------------------|----------------------------|
| *Date* | *Printed Name* | *Signature* |

# SERVICE LIST FOR PROOF OF SERVICE

**SERVED ELECTRONICALLY**
Brian David Fittipaldi    brian.fittipaldi@usdoj.gov
Simon Aron    saron@wrslawyers.com,
moster@wrslawyers.com;jlee@wrslawyers.com
Donald H Cram    dhc@severson.com, cas@severson.com
James A Flanagan    email@flanaganlaw.com,
flanaganlaw@ecf.courtdrive.com,4571468420@filings.docketbird.com
Garrick A Hollander    ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com
Peter W Lianides    plianides@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com
Matthew J Stockl    matthew.stockl@dinsmore.com,
katrice.ortiz@dinsmore.com
United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com

**SERVED BY U.S. MAIL**
Global Premier Regency Palms Palmdale, LP
2020 Main Street, Suite 300
Irvine, CA 92614