GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@wghlawyers.com
**WINTHROP GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
Telephone:   (949) 720-4100
Facsimile:     (949) 720-4111

General Insolvency Counsel for
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>GLOBAL PREMIER REGENCY PALMS PALMDALE, LP, a California limited partnership<br><br>        Debtor and<br>        Debtor-in-Possession | Case No. 9:23-bk-10454-RC<br><br>Chapter 11 Proceeding<br><br>**DECLARATION OF ERIC J. WEISSMAN IN SUPPORT OF CONFIRMATION OF DEBTOR'S JOINT CHAPTER 11 PLAN OF REORGANIZATION**<br><br>Date:     August 20, 2025<br>Time:    1:00 p.m.<br>Place:[1]  Courtroom 201<br>           1415 State Street<br>           Santa Barbara, CA 93101 |

---

[1] The hearing on confirmation of the Plan may be attended in person or via Zoom.  Please check the Court's calendar just prior to the hearing to obtain the Zoom protocol at http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/.

270829

I, Eric J. Weissman, hereby declare as follows:

1. I am the President of Wilshire Pacific Capital Advisors LLC ("Wilshire Pacific"). The matters set forth here are within my own personal knowledge, and, if called upon to testify, I can and will do so competently and truthfully.

2. I make this declaration in support of the confirmation of the Debtor's Joint Chapter 11 Plan of Reorganization ("Plan").

3. On June 4, 2025, the above-captioned bankruptcy court (the "Court") entered an order approving the Debtor's employment of Wilshire Pacific as the Debtor's financial advisor [Docket No. 153].

4. Wilshire Pacific is a FINRA licensed broker dealer that specializes in the healthcare industry. I supervise all activities at Wilshire Pacific. Wilshire Pacific's professionals have significant experience in providing financial advisory services to distressed healthcare companies, including sale transactions, financings and balance sheet restructurings, having advised debtors, creditors and secured lenders, and other parties-in-interest in chapter 11 proceedings.

5. I have reviewed the Debtor's books and records and other financial information for the periods before and during this bankruptcy. As a result, I am very familiar with the Debtor's financial condition and its assets and the value of its assets.

6. I have also reviewed and am familiar with the material provisions of the Plan and Disclosure Statement, as well as the Debtor's Brief in Support of Confirmation of Debtor's Chapter 11 Plan of Reorganization (the "Confirmation Brief"). To the best of my knowledge, the factual representations contained in the Plan, the Disclosure Statement, and the Confirmation Brief regarding the financial affairs of the Debtor are materially accurate.

7. All statements set forth in this Declaration are based upon: (a) my personal knowledge; (b) my review of relevant financial and accounting books and records of the Debtor maintained in the ordinary course by the Debtor; and/or (c) my opinion based upon my experience and knowledge of the Debtor's financial affairs.

8. In the course of preparing the Plan and Disclosure Statement, I worked with the Debtor's counsel to prepare the financial projections attached to the Disclosure Statement as

Exhibit 1. These projections set forth our estimate of the anticipated cash flow of the Reorganized Debtor for the term of the Plan, which is based on the anticipated cash flow from the operations of the planned Facility. Projections of the anticipated cash flow of the Reorganized Debtor are based on estimated revenue and expenses for the operation of the Facility. The projections also contain a description of material assumptions underlying the Projections. The projections are based, in large part, upon the historical earnings and expenses of similar assisted living facilities owned and operated by affiliates of the Debtor. I believe the financial projections represent fairly the projected future cash flow of the Debtor.

9. By the financial projections, the Debtor projects that the net cash flow from the operations generated from the Property, financing proceeds and, if necessary, net sales proceeds, will be sufficient to pay all Allowed Claims in accordance with the treatment of such Allowed Claims as described in the Plan.

10. I also worked with the Debtor's counsel to prepare the liquidation analysis attached to the Disclosure Statement as Exhibit 3, which is based on, consistent with, and pursuant to, the Bankruptcy Code and the facts and circumstances of this case. This analysis projects the likely recovery by Creditors and Interest holders in a Chapter 7 liquidation scenario.

11. The information contained in the liquidation analysis derives primarily from our review of the Debtor's financial and accounting books and records. The assumptions underlying the liquidation analysis were based upon our knowledge of the Debtor's financial affairs and, with input provided by the Debtor's counsel, our best estimates of the results of a liquidation of the Debtor's assets in a Chapter 7 liquidation. I believe that the liquidation analysis is a fair projection of the results of a liquidation of the Debtor's assets in Chapter 7.

12. By the liquidation analysis, the Debtor projects that Creditors and Interest Holders will receive as much (and, in some cases, more) value under the Plan than they would receive in a Chapter 7 liquidation of the Debtor's assets.

13. Accordingly, I believe the Plan satisfies Section 1129(a)(7) of the Bankruptcy Code. I declare under penalty of perjury that the foregoing is true and correct.

1  Executed this 6th day of August 2025, at Beverly Hills, California.

_____
Eric J. Weissman

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1301 Dove Street, Suite 500 Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled: **DECLARATION OF ERIC J. WEISSMAN IN SUPPORT OF CONFIRMATION OF DEBTOR'S JOINT CHAPTER 11 PLAN OF REORGANIZATION** will be served or was served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 6, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Simon Aron**   saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- **Donald H Cram**   dhc@severson.com, cas@severson.com
- **Brian David Fittipaldi**   brian.fittipaldi@usdoj.gov
- **James A Flanagan**   email@flanaganlaw.com, flanaganlaw@ecf.courtdrive.com,4571468420@filings.docketbird.com
- **Garrick A Hollander**   ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Peter W Lianides**   plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Matthew J Stockl**   mstockl@otterbourg.com, katrice.ortiz@dinsmore.com
- **United States Trustee (ND)**   ustpregion16.nd.ecf@usdoj.gov
- **Johnny White**   JWhite@wrslawyers.com, jlee@wrslawyers.com

**2. SERVED BY UNITED STATES MAIL**: On, _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.C.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 6, 2025 | Silvia Villegas | */s/ Silvia Villegas* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |