FILED
SEP 15 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:           Deputy Clerk

FILED
SEP 15 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:

Subject: U.S. Bankruptcy Court, Central District of California - Undeliverable Notice, In re: Global Premier Regency Palms Palmdale, L, Case Number: 23-10454, RC, Ref: [p-239423052]

Notice of Undeliverable Mail to Debtor/Debtor's Attorney
September 13, 2025

From: United States Bankruptcy Court, Central District of California

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Global Premier Regency Palms Palmdale, L, Case Number 23-10454, RC

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule:
1) determine the updated address and send the attachment to each recipient below;
2) type or print legibly each updated address below;
3) sign and date the form; and
4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

U.S. Bankruptcy Court
Northern Division
1415 State Street
Santa Barbara, CA 93101-2511

Undeliverable Address:
Shaughnessy Capital LLC
Role type/cr id: intp
Reason Undeliverable: INCOMPLETE ADDRESS

**THE UPDATED ADDRESS IS:**

Shaughnessy Capital, LLC
STINSON LLP
Attn: Donald H. Cram
595 Market Street, Suite 2600
San Francisco, California 94105

Shaughnessy Capital, LLC
Bastian Rose
333 Mamaroneck Ave, #291
White Plains, NY 10605

Undeliverable Address:
**Courtesy NEF**
Role type/cr id: intp
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

N/A

Undeliverable Address:
RCB Equities #7, LLC
Role type/cr id: cr
Reason Undeliverable: INCOMPLETE ADDRESS

**THE UPDATED ADDRESS IS:**

RCB Equities #7, LLC
Brian Dror
5862 W. 3rd Street
Los Angeles, CA 90036

RCB Equities #7, LLC
c/o Mark J. Rosenbaum
Wolf, Rifkin, Shapiro, Schulman
& Rabkin, LLP
11400 W. Olympic Blvd., 9th Fl.
Los Angeles, CA 90064

Undeliverable Address:
LK Asset Advisors, LLC
Role type/cr id: cr
Reason Undeliverable: INCOMPLETE ADDRESS

**THE UPDATED ADDRESS IS:**

LK Asset Advisors, LLC
Attn: Edwin Leslie
835 W Argyle Ave.
Nashville, TN 37203

Undeliverable Address:
Wilshire Pacific Capital Advisors, LLC
Role type/cr id: fa
Reason Undeliverable: INCOMPLETE ADDRESS

**THE UPDATED ADDRESS IS:**

Wilshire Pacific Advisors, LLC
8447 Wilshire Blvd Suite 202
Beverly Hills, CA 90211

Undeliverable Address:
Global Bancorp, Inc.
c/o Nina Hanna (Reg Agent)
1900 Main Street Suite 315
Irvine, CA 92614
Role type/cr id: 41558957
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 2020 MAIN ST STE 300, IRVINE CA 92614-8232 FORWARDING ORDER HAS EXPIRED

**THE UPDATED ADDRESS IS:**

Global Bancorp, Inc.
c/o Nina HANNA
2020 MAIN STREET, SUITE 300
IRVINE, CA 92614

Undeliverable Address:
Global Premier America
1900 Main Street Suite 315
Irvine, CA, 92614
Role type/cr id: 41559012
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 2020 MAIN ST STE 300, IRVINE CA 92614-8232 FORWARDING ORDER HAS EXPIRED

**THE UPDATED ADDRESS IS:**
CHRISTINE HANNA
Global Premier America
2020 MAIN STREET, SUITE 300
IRVINE, CA 92614


Undeliverable Address:
Global Premier America, LLC
c/o Christine Hanna
1900 Main Street Suite 315
Irvine, CA 92614
Role type/cr id: 41558958
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 2020 MAIN ST STE 300, IRVINE CA 92614-8232 FORWARDING ORDER HAS EXPIRED

**THE UPDATED ADDRESS IS:**
Global Premier America, LLC
c/o CHRISTINE HANNA
2020 MAIN STREET, SUITE 300
IRVINE, CA 92614


Undeliverable Address:
Global Premier Regency Palms Palmdale, LP
1900 Main Street Suite 315
Irvine, CA 92614
Role type/cr id: 41558938
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 2020 MAIN ST STE 300, IRVINE CA 92614-8232 FORWARDING ORDER HAS EXPIRED

**THE UPDATED ADDRESS IS:**
Global Premier Regency Palms Palmdale, LP
c/o CHRISTINE HANNA
2020 MAIN STREET, SUITE 300
IRVINE, CA 92614

---

Undeliverable Address:
Urban Community Builders, LLC
Maher Nawar
1900 Main Street, Suite 315
Irvine, CA 92614
Role type/cr id: 41558993
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 2020 MAIN ST STE 300, IRVINE CA 92614-8232 FORWARDING ORDER HAS EXPIRED

**THE UPDATED ADDRESS IS:**

Urban Community Builders, LLC
Maher Nawar
2020 MAIN STREET, SUITE 300
IRVINE, CA 92614

Urban Community Builders, LLC
Maher Nawar
17595 Harvard Ave., Suite C, #301
Irvine, CA 92614

/s/ Garrick A. Hollander                                September 12, 2025
Signature of Debtor or Debtor's Attorney                Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

# United States Bankruptcy Court
## Central District of California

1415 State Street, Santa Barbara, CA 93101-2511

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

**DEBTOR(S) INFORMATION:**
Global Premier Regency Palms Palmdale, LP
**SSN:** N/A
**EIN:** 47-3506491

2020 Main Street, Suite 300
Irvine, CA 92614

**BANKRUPTCY NO.** 9:23-bk-10454-RC
**CHAPTER** 11

Notice is hereby given of the entry of an order of this Court confirming a chapter 11 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: September 11, 2025

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ntcl1pln rev. 12/20) VAN-50

178 / AUTU